## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Durable Manufacturing, Et. Al
        Plaintiffs

Vs.

United States Department of Labor, employment training administration, et al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

See Attached Plaintiff's List

08CV2782
JUDGE ST EVE
MAG. JUDGE KEYS

| NAME (Type or print) |
|---|
| Laura J. Goodloe |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Laura J. Goodloe |

| FIRM |
|---|
| Law Offices of Richard J. Puchalski |

| STREET ADDRESS |
|---|
| 111 W. Washington St., Suite 751 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (312) 332-4428 |

MAY 13 2008

FILED
MAY 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## PLAINTIFF'S LIST

Durable Manufacturing Company
Cesar Arzeta
Alu-Bra Foundry Incorporated
Pablo Hernandez
Bar G Farms, Inc., N/K/A McCarthy Farm, Inc.
Urbano Ruiz
Wright Technologies, Inc.
Jaroslaw Skorski
Plonski Medical Group S.C.
Dominika Duda
Ziyad Brothers Importing
Emin Asklaroglu
Country Landscaping and Supply, Inc.
Manuel Quintana
Add on Glass, Inc.
Witold Rojek
Aurelio and Sons Masonry, Inc.
Jose Torres
White Cottage Pizzeria
Evaristo Luna Hernandez
Wightman Homes, Inc.
Jaromir Nemcik
Malnati Organization, D/B/A Lou Malnati's
Gustavo Ramos and Carlos Figueroa
Foster & Broadway Amoco, N/K/A Dikuje Group, Inc.
Bolivar Bautista
Castelan, Polexport, Inc.
Pawel Andrzejewski