UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DURABLE MANUFACTURING COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 C 2782 |
| UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) ) ) ) ) | Judge St. Eve |
| Defendants. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/Craig A. Oswald
            CRAIG A. OSWALD
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois  60604
            (312) 886-9080
            craig.oswald@usdoj.gov