**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DURABLE MANUFACTURING COMPANY, ET AL.,** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION, And UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES,** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Defendants.** ) | Case No. 08 C 2782 <br><br> Judge St. Eve |

**JOINT STATUS REPORT**

The parties, Durable Manufacturing Company, et al. and the United States Department of Labor, Employment and Training Administration, et al., by their respective attorneys, submit the following Joint Status Report pursuant to the Court's Order of May 22, 2008.

1. **Nature of Case**

A. **Attorneys of Record:**

    **Counsel for Plaintiffs**

    Richard J. Puchalski, Esq.
    Law Offices of Richard J. Puchalski
    111 W. Washington Street, Suite 751
    Chicago, IL 60602

        Donald E. Puchalski, Esq.
        Law Offices of Donald E. Puchalski
        111 W. Washington Street, Suite 751
        Chicago, IL 60602

        Laura J. Goodloe, Esq.
        Law Offices of Richard J. Puchalski
        111 W. Washington Street, Suite 751
        Chicago, IL 60602

        **Counsel for Defendants**
        Craig A. Oswald
        Assistant U.S. Attorney
        Chicago, IL 60604

B.    Jurisdiction is based on 28 U.S.C. §2201 and 28 U.S.C. §1331 as authorized by the Administrative Procedure Act, 5 U.S.C. §706. Jurisdiction is also based on 8 U.S.C.§1182(a)(5)(A) and 8 U.S.C. §1153(b)(3)(A)(1) of the Immigration and Nationality Act. While the defendants may be raising jurisdictional defenses relating to several of the individual plaintiffs, jurisdiction on the central issues in the case will not be contested.

C.    Plaintiffs seek to judicially review the rejection of certain immigrant visa petitions. Plaintiffs also seek to overturn an administrative regulation of the U.S. Department of Labor. The plaintiffs claim that all parties have been served.

D.    Although the defendants are still within their period of time to answer and are obtaining information relating to the factual allegations, it is likely that there will be no issues of material fact presented in this case. The major legal issues concern whether or not the U.S. Department of Labor has the authority to promulgate the amended regulation contained in 20 C.F.R. §656 and whether that regulation can be applied retroactively. A second legal issue concerns the propriety of the rejection of certain visa petitions by the United States Citizenship and Immigration Services (USCIS).

E.    The plaintiffs seek a declaratory judgment that the promulgation of the amended regulation at 20 C.F.R. §656 and the retroactive application of that

regulation to labor certifications filed prior to the amendment is an abuse of discretion and contrary to law. Plaintiffs also seek an order requiring the U.S. Department of Labor to rescind the revocations of the plaintiffs' labor certifications and an order requiring the USCIS to reinstate the plaintiffs' visa petitions that have been rejected. The defendants contend that the regulations were properly promulgated, apply to the plaintiffs' case, and that USCIS properly rejected the visa petitions because the petitions were not accompanied by a valid labor certification.

2. **Pending Motions and Case Plan**

A. No motions are presently pending. Since it is likely that only legal issues are involved, the case should be decided on cross-motions for summary judgment.

B. No discovery will be necessary and the plaintiffs intend to file their motion for summary judgment within thirty days.

C. A trial date will not be required.

3. **Consent to Proceed Before a Magistrate**

Plaintiffs will consent to proceed before a Magistrate Judge but the defendants will not.

4. **Status of Settlement**

No settlement discussions are anticipated.

Respectfully Submitted,

Assistant U.S. Attorney           Law Offices of Richard J. Puchalski

By: s/Craig A. Oswald            By: s/Richard J. Puchalski
   Craig A. Oswald                   Richard J. Puchalski
   219 S. Dearborn Street            111. W. Washington Street
   Chicago, IL 60604                 Suite 751
   Attorneys for Defendant           Chicago, IL 60602
                                     On Behalf of Attorneys for Plaintiff