## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Durable Manufacturing Company, et al.

                                Plaintiff,

v.                                                  Case No.: 1:08−cv−02782

                                                  Honorable Amy J. St. Eve

United States Department of Labor Employment and Training Administration, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/24/2008 and continued to 10/7/08 at 8:30 a.m. Defendants to answer by 7/9/08. Plaintiff's summary judgment motion and memorandum in support to be filed by 7/15/08. Defendants' response/cross−motion to be filed by 8/6/08. Plaintiff's reply and response to be filed by 8/20/08. Parties' oral motion for leave to file in excess for the initial motions is granted. Said motions not to exceed 25 pages.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.