# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro *hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2782

Durable Manufacturing Company, et. al.
V.

United States Department of Labor, Employment
and Training Administration, et. al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Durable Manufacturing Company, et. a!.,
       Plaintiffs.




NAME (Type or print)

Laura J. Goodloe

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

                               *sI* Laura J. Goodloe

FIRM

Law Office of Richard J. Puchaiski

STREET ADDRESS

111 W. Washington Street, Suite 751

CITY/STATE/ZIP

Chicago, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)TELEPHONE NUMBER

6295368                                    (312)-332-4428 ext. 223

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?            YES            NO
ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           YES~           NO
ARE YOU A MEMBER OF THIS COURT'S TRiAL BAR?             No
IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    NO


IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL              APPOINTED COUNSEL