IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DURABLE MANUFACTURING COMPANY, et al., ) ) ) Plaintiffs, ) ) vs. ) ) UNITED STATES DEPARTMENT OF LABOR, ) EMPLOYMENT AND TRAINING ) ADMINISTRATION and UNITED STATES ) DEPARTMENT OF HOMELAND SECURITY, ) BUREAU OF CITIZENSHIP AND ) IMMIGRATION SERVICES, ) ) Defendants. ) | No.    08 C 2782<br><br>Judge Amy J. St. Eve |

## NOTICE OF MOTION

To:   Shiela McNulty
      Special Assistant U.S. Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, IL 60604

    PLEASE TAKE NOTICE that on July 21st, 2008 at 8:30 AM, the undersigned shall appear before the Honorable Amy St. Eve, a duly appointed Judge of the United States District Court for the Northern District of Illinois, in Court Room 1241, 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiffs' Motion For An Extension Of Time Within Which to File Their Memorandum in Support of Summary Judgment, a copy of which is hereby served upon you.

                                   /s: Laura J. Goodloe
                                   One of the Attorneys for Plaintiffs

Laura J. Goodloe
Associate Attorney
LAW OFFICES OF RICHARD J. PUCHALSKI
111 W. Washington Street, Suite 751
Chicago, IL  60602
(312) 332-4428
No. 6295368

# CERTIFICATE OF SERVICE

Laura J. Goodloe, upon affirmation states that she served copies of the forgoing Plaintiffs' Motion for An Extension of time within Which to File Their Memorandum for Summary Judgment upon the Attorney whose name and address is listed below this 14th day of July, 2008.

TO:   Sheila McNulty
      Special Assistant U.S. Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, IL 60604


                              /s:  Laura J. Goodloe


*[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.*