IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DURABLE MANUFACTURING COMPANY, )
et al., )
)
Plaintiffs, )
)
vs. )     No.    08 C 2782
)
UNITED STATES DEPARTMENT OF )     Judge Amy J. St. Eve
LABOR, EMPLOYMENT AND TRAINING )
ADMINISTRATION and UNITED STATES )
DEPARTMENT OF HOMELAND )
SECURITY, BUREAU OF CITIZENSHIP )
AND IMMIGRATION SERVICES, )
)
Defendants. )

**PLAINTIFFS' MOTION FOR AN
EXTENSION OF TIME WITHIN WHICH TO FILE
THEIR MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT**

Plaintiffs, Durable Manufacturing Company, et al., by their attorneys Laura J. Goodloe and Richard J. Puchalski, move for an extension of time of seven (7) days within which to file their Memorandum in Support of Summary Judgment. In support of this motion, the plaintiffs state as follows:

(1)    On June 24th, 2008 this Court set a briefing schedule, giving Plaintiffs until July 15th, 2008 to file their Motion for Summary Judgment and memorandum in support thereof.

(2)    Defendants filed their Answer to Plaintiffs' Complaint on July 10, 2008.

(3)    Plaintiffs have no objection to Defendants filing their Answer one day late.

(4)    Plaintiffs are in need of additional time in which to file their Motion for Summary Judgment and supporting memorandum.

(5)    Plaintiffs request the due date be moved from Tuesday, July 15th, 2008 to Tuesday, July 22nd, 2008.

(6)    Counsel for Plaintiffs have discussed this request with counsel for Defendants, who raises no objection to this proposed extension.

(7)    Plaintiffs further request that the briefing schedule be adjusted accordingly to compensate for the seven day extension.

WHEREFORE, Plaintiffs request an additional seven (7) days, up until July 22nd, 2008, to file their Motion for Summary Judgment and Memorandum in Support of Plaintiffs' Motion for Summary Judgment, and further request that the Briefing Schedule be adjusted accordingly to compensate for the seven day extension.

Respectfully Submitted
Law Offices of Richard J. Puchalski


By /s:Laura J. Goodloe
   One of Attorneys for Plaintiffs

Laura J. Goodloe
Associate Attorney
Law Offices of Richard J. Puchalski
111 W. Washington Street
Suite 751
Chicago, IL 60602
(312) 332-4428
No. 6295368