IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DURABLE MANUFACTURING COMPANY, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 08 C 2782 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION, And UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) ) ) ) ) ) ) | Judge St. Eve |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Sheila McNulty
 Assistant U.S. Attorney
 219 S. Dearborn Street
 Chicago, IL 60604

PLEASE TAKE NOTICE that I have this 22nd day of July 2008, filed the Plaintiffs' Motion for Summary Judgment, Memorandum of Law and Rule 56.1 statement with the Clerk of the United States District Court, Northern District of Illinois Eastern Division.

 By: /s: Richard J. Puchalski
  One of the Attorneys for the
  Plaintiffs

Richard J. Puchalski
Law Offices of Richard J. Puchalski
111 W. Washington St., Suite 751
Chicago, IL  60602
(312) 332-4428

## CERTIFICATE OF SERVICE

Richard J. Puchalski, upon affirmation states that he served a copy of the Plaintiffs' Joint Status Report to the attorney for the Defendant whose name and address is listed below by depositing same in the U.S. Mail chute located at 111 W. Washington, Chicago, Illinois 60602, first class mail, proper postage prepaid this 19[h] day of June, 2008.

To:   Sheila McNulty
      Assistant U.S. Attorney
      219 South Dearborn Street
      Chicago, IL 60604

/s: Richard J. Puchalski
Richard J. Puchalski

*[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.*