IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DURABLE MANUFACTURING COMPANY, CESAR ARZETA, ALU-BRA FOUNDRY INCORPORATED, PABLO HERNANDEZ, BAR G FARMS, INC., N/K/A MCCARTHY FARM, INC., URBANO RUIZ, WRIGHT TECHNOLOGIES, INC., JAROSLAW SKORSKI, PLONSKI MEDICAL GROUP S.C., DOMINIKA DUDA, ZIYAD BROTHERS IMPORTING, EMIN ASKAROGLU, COUNTRY LANDSCAPING AND SUPPLY, INC., MANUEL QUINTANA, ADD ON GLASS, INC., WITOLD ROJEK, AURELIO AND SONS MASONRY, INC., JOSE TORRES, WHITE COTTAGE PIZZERIA, EVARISTO LUNA HERNANDEZ, WIGHTMAN HOMES, INC., JAROMIR NEMCIK, MALNATI ORGANIZATION, D/B/A LOU MALNATI'S, GUSTAVO RAMOS, and CARLOS FIGUEROA, FOSTER & BROADWAY AMOCO, N/K/A DIKUJE GROUP, INC. BOLIVAR BAUTISTA, CASTELAN, POLEXPORT, INC and PAWEL ANDRZEJEWSKI, | No. 08 C 2782 Judge St. Eve |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Durable Manufacturing Company, Cesar Crisanto Arzeta, Alu-Bra Foundry Incorporated, Pablo Hernandez, Bar G Farm, Inc., n/k/a McCarthy Farm, Inc., Urbano Ruiz, Wright Technologies, Inc., Jaroslaw Skorski, Plonski

Medical Group, S.C., Dominika Duda, Ziyad Brothers Importing, Enim Askaroglu, Country Landscaping and Supply, Inc., Manuel Quintana, Add on Glass, Inc., Witold Rojek, Aurelio and Sons Masonry, Inc., Jose Torres, White Cottage Pizzeria, Evaristo Luna Hernandez, Wightman Homes, Inc., Jaromir Nemcik, Malnati Organization, Inc., d/b/a Lou Malnati's, Gustavo Ramos, and Carlos Figueroa, Foster & Broadway Amoco, n/k/a Dikuje Group, Inc., Bolivar Bautista Castelan, Polexport, Inc. and Pawel Andrzejewski by their attorneys, Richard J. Puchalski and Donald E. Puchalski, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, move for summary judgment as to Counts I and II of their Complaint. There are no material facts in dispute and plaintiffs are entitled to summary judgment as a matter of law.

In support of their motion, the plaintiffs submit the attached statement of material facts not in dispute pursuant to Local Rule 56.1(a) memorandum of law and supporting documentation.

WHEREFORE, plaintiffs request that judgment be entered in its favor and against the defendants, United States Department of Labor and United States Department of Homeland Security.

                                          Respectfully Submitted
                                          Law Offices of Richard J. Puchalski

                                          By: /s: Richard J. Puchalski
                                               One of the attorneys for Plaintiffs

Richard J. Puchalski
Law Offices of Richard J. Puchalski
111 W. Washington Street
Suite 751
Chicago, IL 60602
(312) 332-4428

Case 1:08-cv-02782   Document 17   Filed 07/22/2008   Page 3 of 3

3