IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DURABLE MANUFACTURING COMPANY, | ) | |
| CESAR ARZETA, ALU-BRA FOUNDRY | ) | |
| INCORPORATED, PABLO HERNANDEZ, | ) | |
| BAR G FARMS, INC., N/K/A MCCARTHY | ) | |
| FARM, INC., URBANO RUIZ,  WRIGHT | ) | |
| TECHNOLOGIES, INC., JAROSLAW SKORSKI, | ) | |
| PLONSKI MEDICAL GROUP S.C., DOMINIKA | ) | |
| DUDA, ZIYAD BROTHERS IMPORTING, EMIN | ) | |
| ASKAROGLU, COUNTRY LANDSCAPING AND | ) | |
| SUPPLY, INC., MANUEL QUINTANA, ADD ON | ) | |
| GLASS, INC., WITOLD ROJEK, AURELIO AND | ) | No. 08 C 2782 |
| SONS MASONRY, INC., JOSE TORRES, WHITE | ) | |
| COTTAGE PIZZERIA, EVARISTO LUNA | ) | |
| HERNANDEZ, WIGHTMAN HOMES, INC., | ) | Judge St. Eve |
| JAROMIR NEMCIK, MALNATI ORGANIZATION, | ) | |
| D/B/A LOU MALNATI'S, GUSTAVO RAMOS, | ) | |
| and CARLOS FIGUEROA, FOSTER & BROADWAY | ) | |
| AMOCO, N/K/A DIKUJE GROUP, INC. BOLIVAR | ) | |
| BAUTISTA, CASTELAN, POLEXPORT, INC and | ) | |
| PAWEL ANDRZEJEWSKI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| EMPLOYMENT AND TRAINING | ) | |
| ADMINISTRATION and UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| BUREAU OF CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO PLAINTIFFS' LOCAL RULE 56.1**
**STATEMENT OF UNCONTESTED FACTS**

| **EXHIBIT** | **EXPLANATION** |
|---|---|
| 1A | Durable Manufacturing Company/Cesar Arzeta labor certification approved dated August 2, 2002. |
| 1B | CIS rejection of visa petition dated March 28, 2008. |
| 2A | Alu-Bra Foundry, Incorporated/Pablo Hernandez labor certification approval dated June 11, 2007. |
| 2B | CIS rejection of visa petition dated April 11, 2008. |
| 3A | McCarthy Farm, Inc./Urbano Ruiz labor certification approval dated March 22, 2007. |
| 3B | CIS rejection of visa petition dated February 19, 2008. |
| 4A | Malnati Organization d/b/a Lou Malnati's as successor employer to Gregorio's Chicago Pizza & Pub/Carlos Figueroa labor certification approval dated December 29, 2006. |
| 4B | CIS rejection of visa petition dated April 9, 2008. |
| 5A | Country Landscaping and Supply, Inc./Manual Quintana labor certification approval dated August 16, 2007. |
| 5B | CIS rejection of visa petition dated March 28, 2008. |
| 6A | Add on Glass, Inc./Witold Rojek labor certification approval dated June 12, 2007. |
| 6B | CIS rejection of visa petition dated April 1, 2008. |
| 7A | Aurelio and Sons Masonry/Jose Torres labor certification approval dated March 20, 2007. |
| 7B | CIS rejection of visa petition dated March 14, 2008. |
| 8A | Dikuje Group, Inc./Bolivar Bautista Castelan labor certification approval dated August 15, 2007. |
| 9A | Wright Technologies, Inc./Jaroslaw Skorski labor certification approval dated April 26, 2007. |

| | |
|---|---|
| 10A | Plonski Medical Group, S.C./Katarzyna Duda labor certification approval dated August 29, 2006. |
| 11A | Ziyad Brothers Importing/Emin Askaroglu labor certification approval dated April 12, 2007. |
| 12A | White Cottage Pizzeria/Evaristo Luna Hernandez labor certification approval dated June 18, 2007. |
| 13A | Wightman Homes, Inc./Jaromir Nemcik labor certification approval dated September 8, 2006. |
| 14A | Malnati Organization d/d/a Lou Malnati's/Gustavo Ramos labor certification dated May 25, 2006. |
| 15A | Polexport, Inc./Pawel Andrzewski labor certification approval dated April 25, 2006. |
| 15B | CIS rejection of visa petition dated March 28, 2008. |

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

032685

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN and DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letters) | | |
|---|---|---|
| CESAR CRISANTO ARZETA | | |

2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country)
1032 DAVID DRIVE  BENSENVILLE, IL 60106

3. Type of Visa (if in U.S.)
NONE E.L   C.C.I

The following information is submitted as an offer of employment.

4. Name of Employer (Full name of Organization)
EDWARD H SOWIN D/B/A DURABLE MFG CO

5. Telephone
630-766-0398

6. Address (Number, Street, City and Town, State ZIP code)
232 S EVERGREEN ST  BENSENVILLE, IL 60106

7. Address Where Alien Will Work (if different from item 6)

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay |
|---|---|---|---|---|---|
| MANUFACTURER WATER FILTER REFILLS | MACHINE OPERATION FORMAN | a. Basic 40 | b. Overtime | a.m. 3 p.m. (Hourly) | a. Basic $10.41  b. Overtime 15 |

13. Describe Fully the Job to be Performed (Duties)

MACHINE SETUP AND ADJUSTMENT.  MACHINE OPERATION- TROUBLESHOOTING,
INSTRUCTING OTHER WORKERS IN ALL OPERATIONS. PREPAIRING ORDERS
FOR SHIPPMENT.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.

| | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| EDUCATION (Enter number of years) | X | X | | |
| | | | | Major Field of Study |

| TRAINING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|

| EXPERIENCE | Job Offered | Related Occupation | Related Occupation (specify) |
|---|---|---|---|
| | Yrs.  Mos. | Number Yrs.  Mos. | |
| | | OR | |

15. Other Special Requirements

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor
EDWARD H SOWIN

17. Number of Employees Alien Will Supervise

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

| | | | |
|---|---|---|---|
| L.O. 3/19/01 | | S.O. 3/19/01 | |
| R.O. | | N.O. | |
| Ind. Code 3569 | | Occ. Code 600.360-0 | |
| Occ. Title Machine Setter | | | |

ETA 750 (Oct. 197

EXHIBIT 1A

AUG 9 2002

Replaces MA 7-5GA, B and C (Apr. 1970 edition) which is obsolete.

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien  From    To | a. Number of Local | b. Name of Local |
| | | | c. City and State |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) |
| ("X" one) | Number of Rooms | Adults | Children | Ages | | ☐ YES ☐ N |
| ☐ House | | | BOYS | | | |
| ☐ Apartment | | | GIRLS | | | |

21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. (Specify Sources of Recruitment by Name)

22. Applications require various types of documentation. Please read Part II of the Instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

**By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.**

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

  (1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

  (2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

| DECLARATION OF EMPLOYER | ➤ | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | | |
|---|---|---|---|---|
| SIGNATURE | *Edward H. Sowin* | | | DATE  3-16-07 |
| NAME (Type or Print)  EDWARD H SOWIN | | | | OWNER |

| AUTHORIZATION OF AGENT OF EMPLOYER | ➤ | I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | | |
|---|---|---|---|---|
| SIGNATURE OF EMPLOYER | | | | DATE |
| NAME OF AGENT (Type or Print) | | ADDRESS OF AGENT (Number, Street, City, State, ZIP code) | | |

U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

March 28, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST SUITE 751
CHICAGO IL  60602

Dear Applicant:

Your petition/application, supporting documents, and _1_ check(s)/money order(s) in the amount of $_475.00_ are returned.  20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS.  Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer
Director

NSC/ces

EXHIBIT

1 B

Nebraska Service Center

6

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

OMB Approval No. 44-R1301

**IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM**
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)* | | 3. Type of Visa *(If in U.S.)* |
|---|---|---|
| HERNANDEZ, Pablo | | |

| 2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)* | |
|---|---|
| 16 Roosevelt Road, Bensenville, IL 60106 | none |

The following information is submitted as evidence of an offer of employment.

| 4. Name of Employer *(Full name of organization)* | 5. Telephone *(Area Code and Number)* |
|---|---|
| Alu-Bra Foundry, Incorporated | (630) 766-3112 |

| 6. Address *(Number, Street, City or Town, Country, State, Zip Code)* |
|---|
| 630 East Green Street, Bensenville, IL 60106, USA |

| 7. Address Where Alien Will Work *(if different from item 6)* |
|---|
| same |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | Monday–Friday | a. Basic | b. Overtime |
| Foundry | Molder | 40 | 0 | 8:00 a.m.<br>4:30 p.m. | $ 10.95 per hour | $ 0 per hour |

**13. Describe Fully the Job to be Performed** *(Duties)*

Forms molds to fabricate metal castings, using patterns or metal plates, flasks, hand tools and power tools. Places flasks and drag onto molding board and positions pattern inside drag. Sprinkles or sprays parting agent onto pattern and flash to facilitate removal of pattern from mold. Sifts sand over pattern and shovels and packs sand into flask. May operate ovens or furnaces to melt, skim and flux metal. Pours metal into mold. Uses sleeves, dryers, filters, flask, cores and / or sprves. Reports problems with sand, pattern, cover, metal or equipment to supervisor.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties listed in Item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | none |

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | none |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation *(specify)* |
|---|---|---|---|---|---|
| | Number | | | | |
| | Yrs. | Mos. | Yrs. | Mos. | |
| | 2 | 0 | 2 | 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | 17. Number of Employees Alien Will Supervise |
|---|---|
| Vice President | 0 |

ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O. | S.O. |
|---|---|
| | |
| | N.O. |

06-11-07

EXHIBIT
2A

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED    (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| N/A | | | N/A | c. City and State |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS    (Complete for Private Household Job ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | c. Will free board and private room not shared with any-one be provided? | ("X" one) |
| ("X" one) □ House □ Apartment | Number of Rooms | Adults | Children | Ages | | □ YES  □ NO |
| | | | BOYS | | | |
| | N/A | | GIRLS | | N/A | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.**  *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment

**22.**    Applications require various types of documentation.  Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

| 23. EMPLOYER CERTIFICATIONS |
|---|

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a.  I have enough funds available to pay the wage or salary offered the alien.

b.  The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c.  The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d.  I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e.  The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f.  The job opportunity is not:

(1)  Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2)  At issue in a labor dispute involving a work stoppage.

g.  The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h.  The job opportunity has been and is clearly open to any qualified U.S. worker.

| 24. DECLARATIONS |
|---|

**DECLARATION OF EMPLOYER**  ➤  *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| | 8/21/01 |

| NAME  (Type or Print) | TITLE |
|---|---|
| James Torkelson | President |

**AUTHORIZATION OF AGENT OF EMPLOYER**  ➤  *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | 8/21/01 |

| NAME OF AGENT  (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Donald E. Puchalski | Skladowski, Puchalski & Reimer 111 West Washington Street, Suite 1000 - 1151 Chicago, IL 60602-2705 |

U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

April 11, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST STE 751
CHICAGO IL  60602

Dear Applicant:

Your petition/application, supporting documents, and _1_ check(s)/money order(s) in the amount of $_475.00_ are returned.  20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS.  Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer

F. Gerard Heinauer
Director

NSC/ces

EXHIBIT
2 B

Nebraska Service Center

www.uscis.gov

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
### FOR
### ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM**
*PRINT legibly in ink or use a typewriter.  If you need more space to answer questions on this form, use a separate sheet.  Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

**PART A. OFFER OF EMPLOYMENT**

**1. Name of Alien** *(Family name in capital letter, First, Middle, Maiden)*

RUIZ, Urbano

**2. Present Address of Alien** *(Number, Street, City and Town, State ZIP Code or Province, Country)*

10 North 331 Nesler Road
Elgin, IL  60123  USA

**3. Type of Visa** *(If in US)*

None

The following information is submitted as evidence of an offer of employment.

**4. Name of Employer** *(Full name of organization)*

CORRECTION APPROVED BY
REGIONAL OFFICE

Bar G Farms Inc.   n/k/a McCarthy Farm, Inc.

**5. Telephone** *(Area Code and Number)*

(847) 980-7642

**6. Address** *(Number, Street, City or Town, Country, State, Zip Code)*

10 North 331 Nesler Road
Elgin, IL 60123 USA

**7. Address Where Alien Will Work** *(if different from item 6)*

10 North 331 Nesler Road
Elgin, IL 60123 USA

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Farm | Manager | 40 | 8 | 7:00 a.m. 4:00 p.m. | $ 46,476 per year | $ 0 per hour |

**13. Describe Fully the Job to be Performed** *(Duties)*

Supervises and coordinates activities of workers engaged in care of horses.  Assigns workers job tasks for caring of horses.  Responsible for the use and maintenance of various machinery and heavy equipment such as tractors, backhoes and baling equipment and power and hand tools.  Responsible for care of horses.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.**

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required *(specify)* None |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

**15. Other Special Requirements**

None

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training None |
|---|---|---|---|
| | 0 | 0 | |

| EXPERI-ENCE | Job Offered | Related Occupation | Related Occupation *(specify)* |
|---|---|---|---|
| | Yrs. Mos. | Number Yrs. Mos. | Farm worker |
| | 2 | 4 0 | |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor**

Owner

**17. Number of Employees Alien Will Supervise**

3

Certification

ENDORSEMENTS *(Make no entry in section - for government use only)*

| Date Forms Received | |
|---|---|
| L.O. 2/13/03 | S.O. 2/13/03 |
| R.O. | N.O. |
| Ind. Code | Occ. Code |
| | Occ. Title |

03-22-01

EXHIBIT
3A

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED *(Complete)* | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| N/A | | | N/A | c. City and State |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS | *(Complete for Private Household Job ONLY)* | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | *("X" one)* |
| *("X" one)* | Number of Rooms | Adults | Children | Ages | | |
| ☐ House | | | BOYS | | | ☐ YES  ☐ NO |
| ☐ Apartment | | | GIRLS | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal recruitment and referrals.

| 22. | Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application. |
|---|---|

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

DECLARATION EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| *Edel C M° Carty* | 3-10-03 |

| NAME (Type or Print) | TITLE |
|---|---|
| George C. Evanson  EDWARD C MCCARTHY | OWNER. |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| *Edel C M° Carty* | 3-10-03 |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Donald E. Puchalski | 111 W. Washington St., Suite 751 Chicago, IL 60602 |

U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521


U.S. Citizenship
and Immigration
Services

February 19, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST SUITE 751
CHICAGO IL  60602

Dear Applicant:

Your petition/application, supporting documents, and _____1_____ check(s)/money order(s) in the amount of $_475.00_ are returned.  20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS.  Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer
Director

NSC/rrl

EXHIBIT

3B

Nebraska Service Center

www.uscis.gov

12

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

061172

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

**IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien (Family name in capital letter, First, Middle, Maiden)

FIGUEROA, Carlos

2. Present Address of Alien (Number, Street, City and Town, State ZIP Code or Province, Country)

801 Garden Circle Unit#1      Streamwood, IL 60107

3. Type of Visa (If in US)

EWI

The following information is submitted as evidence of an offer of employment.

4. Name of Employer (Full name of organization)

Giorgio's Chicago Pizzeria & Pub

5. Telephone (Area Code and Number)

(815) 459-8888

6. Address (Number, Street, City or Town, Country, State, Zip Code)

75 E. Woodstock St., Crystal Lake, IL 60014, USA

7. Address Where Alien Will Work (if different from item 6)

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Restaurant | Cook | 40 | 0 | 11:00 a.m. 8:00 p.m. | $ 454.10 per week | $ 0 per hour |

13. Describe Fully the Job to be Performed (Duties)

Prepares various Italian food dishes recipes such as appetizers, soups, salads sauces, pastas, entrees, vegetables and desserts. Season dishes per recipes, plans menu and orders food products. Uses various kitchen equipment.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

15. Other Special Requirements

None

| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAINING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | | N/A |

| EXPERIENCE | Job Offered | | Related Occupation | Related Occupation (specify) |
|---|---|---|---|---|
| | Yrs. | Mos. | Number Yrs. Mos. | Line or Station Cook |
| | 2 | 0 | 2 0 | |

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

Manager

17. Number of Employees Alien Will Supervise    0

**CERTIFICATION**
PURSUANT TO THE PROVISIONS OF SECTION 212 (a) ... OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY ... THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

12-29-04

ENDORSEMENTS (Make no entry in section - for government use only)

Date Forms Received

L.O.    S.O.
2-23-05
R.O.    N.O.

Occ. Code
35 - 2014

EXHIBIT
4A

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
|---|---|---|---|---|
| | From | To | | N/A |
| | | | | c. City and State |
| | | | N/A | N/A |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS**    *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | c. Will free board and private room not shared with any-one be provided? | *("X" one)* |
|---|---|---|---|---|---|---|
| *("X" one)* | Number of Rooms | Adults | Children | Ages | | ☐ YES  ☐ NO |
| ☐ House | | BOYS | | | | |
| ☐ Apartment | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.**  *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.    Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.**

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a.  I have enough funds available to pay the wage or salary offered the alien.

b.  The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c.  The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d.  I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e.  The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f.  The job opportunity is not:

(1)  Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2)  At issue in a labor dispute involving a work stoppage.

g.  The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h.  The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

DECLARATION OF EMPLOYER  ➤  *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| *[signature]* | 2-21-05 |

| NAME *(Type or Print)* | TITLE |
|---|---|
| Tony Granados | District Manager |

AUTHORIZATION OF AGENT OF EMPLOYER  ➤  *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | 2-21-05 |

| NAME OF AGENT *(Type or Print)* | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)* |
|---|---|
| Donald E. Puchalski | Law Offices of Donald E. Puchalski<br>111 West Washington St. Suite 751 Chicago, IL 60602 |

U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

April 9, 2008

Refer to File Number:
NA

DONALD E PUCHALSKI
C/O LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST STE 751
CHICAGO IL 60602

SUBJECT:  I-140 Petition and Remittance
          Re:  Lou Malnati's.  / Bene:  Carlos A. Figueroa

Dear Applicant:

The Service is returning your I-140 petition and remittance in the amount of $475.00.  The Service is unable to process your request as submitted.

Your form I-140 petition was initially receipted by the Nebraska Service Center on **March 19, 2008**.  The petition was returned because the labor certification was over 180 days old and no longer valid.  This was a proper rejection.

A petitioner may wish to file a new petition subsequent to the denial, revocation or abandonment of the previous submitted petition.  In this case however, the beneficiary is working for an entirely new employer and the labor certification needs to be within the 180 day validity period established by the Department of Labor's final rule.

Effective January 14, 2008, USCIS implemented the DOL PERM Fraud Rule that states all I-140 petitions where category D, E and G are selected and the ETA 750 or ETA 9089 was certified 180 days or more prior to the I-140 filing date will be rejected.

Under the new rule, if the certification date on the ETA 9089 (page 9, section O in the "date signed" space) or on the ETA 750 (date stamped on the multicolored certification stamp on the front of the form) is 180 days or older it is no longer valid and must be rejected and returned to the petitioner.

EXHIBIT
4B

Nebraska Service Center

www.uscis.gov

If you have questions or require further assistance, please contact your local CIS office.

For information about CIS forms and filing instructions as well as valuable Immigration Services and benefits you may access the CIS Internet website at: www.uscis.gov.

Sincerely,

F. Gerard Heinauer
Director

NSC/wdt

OMB Approval: 1205-0451          Application for Permanent Employment Certification
Expiration Date: 03/31/2008                    ETA Form 9089
                                         **U.S. Department of Labor**



**Please read and review the filing instructions before completing this form. A copy of the instructions can be found at** http://www.plc.doleta.gov/plc_cp.pdf .

Employing or continuing to employ an alien unauthorized to work in the United States is illegal and may subject the employer to criminal prosecution, civil money penalties, or both.

**A. Refiling Instructions**

| 1. Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification (ETA 750)? | | Yes | ✓ | No |
|---|---|---|---|---|

1-A. If Yes, enter the previous filing date

1-B. Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed:

**B. Schedule A or Sheepherder Information**

| 1. Is this application in support of a Schedule A or Sheepherder Occupation? | | Yes | ✓ | No |
|---|---|---|---|---|

If Yes, do NOT send this application to the Department of Labor. All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security office.

**C. Employer Information (Headquarters or Main Office)**

1. Employer's name
   COUNTRY LANDSCAPING & SUPPLY, INC.

2. Address 1
   13305 W. 131ST STREET

   Address 2

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| LEMONT | IL | UNITED STATES OF AMERICA | 60439 |

| 4. Phone number | Extension |
|---|---|
| 630-257-6800 | |

| 5. Number of employees | 6. Year commenced business |
|---|---|
| 13 | 1991 |

| 7. FEIN( Federal Employer Identification Number) | 8. NAICS Code |
|---|---|
| 363788741 | 54132 |

| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | | Yes | ✓ | No |
|---|---|---|---|---|

**D. Employer Contact Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).**

| 1. Contact's last name | First name | Middle initial |
|---|---|---|
| Ludwig | Howard | |

2. Address 1
   13305 W. 131st Street

   Address 2

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Lemont | IL | UNITED STATES OF AMERICA | 60439 |

| 4. Phone number | Extension |
|---|---|
| 630-257-6800 | |

5. E-mail address
   narchibold@sbcglobal.net

ETA Form 9089          The Certificate is valid from 8/16/2007 - 2/12/2008

ETA Case Number: C-07128-35010



EXHIBIT

5A

17

OMB Approval:  1205-0451
Expiration Date: 03/31/2008

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



## E.  Agent or Attorney Information (If applicable)

| 1. Agent or attorney's last name | First name | Middle initial |
|---|---|---|
| Puchalski | Donald | E |

2. Firm name
Law Offices of Donald E. Puchalski

| 3. Firm EIN | 4. Phone number | Extension |
|---|---|---|
| 010743033 | (312) 332-4428 | |

5. Address 1
111 W. Washington Street

Address 2
Suite 751

| 6. City | State/Province | Country | Postal code |
|---|---|---|---|
| Chicago | IL | UNITED STATES OF AMERICA | 60602 |

7. E-mail address
narchibold@sbcglobal.net

## F.  Prevailing Wage Information (as provided by the State Workforce Agency)

| 1. Prevailing wage tracking number (if applicable) | 2. SOC/O*NET(OES) code |
|---|---|
| | 37-3011.00 |

| 3. Occupation Title | 4. Skill Level |
|---|---|
| Landscaper | Level IV |

5. Prevailing wage    Per:  (Choose only one)
$ 13.08    [✓] Hour   [ ] Week   [ ] Bi-Weekly   [ ] Month   [ ] Year

6. Prevailing wage source (Choose only one)
[✓] OES   [ ] CBA   [ ] Employer Conducted Survey   [ ] DBA   [ ] SCA   [ ] Other

6-A.  If Other is indicated in question 6, specify:

| 7. Determination date | 8. Expiration date |
|---|---|
| 12/07/2006 | 06/30/2007 |

## G.  Wage Offer Information

1. Offered wage
From:    To: (Optional)    Per:  (Choose only one)
$ 13.08    $    [✓] Hour   [ ] Week   [ ] Bi-Weekly   [ ] Month   [ ] Year

## H.  Job Opportunity Information (Where work will be performed)

1. Primary worksite (where work is to be performed) address 1
13305 W. 131st

Address 2

| 2. City | State | Postal code |
|---|---|---|
| Lemont | IL | 60439 |

3. Job title
Landscaper

4. Education: minimum level required:
[✓] None   [ ] High School   [ ] Associate's   [ ] Bachelor's   [ ] Master's   [ ] Doctorate   [ ] Other

4-A.  If Other is indicated in question 4, specify the education required:

4-B.  Major field of study

5. Is training required in the job opportunity?    5-A.  If Yes, number of months of training required:
[ ] Yes   [✓] No

ETA Form 9089    This certification is valid from 8/16/2007  to 2/12/2008    Page 2 of 11

ETA Case Number: C-07128-35010

OMB Approval: 1205-0451
Expiration Date: 03/31/2008

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



---

**H. Job Opportunity Information Continued**

5-B. Indicate the field of training:

6. Is experience in the job offered required for the job?    6-A. If Yes, number of months experience required:

[✓] Yes    [ ] No    24

7. Is there an alternate field of study that is acceptable?    [ ] Yes    [✓] No

7-A. If Yes, specify the major field of study:

8. Is there an alternate combination of education and experience that is acceptable?    [ ] Yes    [✓] No

8-A. If Yes, specify the alternate level of education required:

[ ] None    [ ] High School    [ ] Associate's    [ ] Bachelor's    [ ] Master's    [ ] Doctorate    [ ] Other

8-B. If Other is indicated in question 8-A, indicate the alternate level of education required:

8-C. If applicable, indicate the number of years experience acceptable in question 8:

9. Is a foreign educational equivalent acceptable?    [ ] Yes    [✓] No

10. Is experience in an alternate occupation acceptable?    10-A. If Yes, number of months experience in alternate
occupation required:

[ ] Yes    [✓] No

10-B. Identify the job title of the acceptable alternate occupation:

11. Job duties – If submitting by mail, add attachment if necessary. Job duties description must begin in this space.

        Plans and executes landscaping and drainage operations per
        specifications for private and commerical customers.  Prepares ground
        using farm machinery.  Plans lawns, plants various shrubs, trees and
        plants and cares for them by mowing, trimming, cultivating and applying
        various fertilizers.  Digs trenches and installs drain tiles and
        drainage systems.

12. Are the job opportunity's requirements normal for the occupation?

*If the answer to this question is No, the employer must be prepared to
provide documentation demonstrating that the job requirements are
supported by business necessity.*

[✓] Yes    [ ] No

13. Is knowledge of a foreign language required to perform the job duties?

*If the answer to this question is Yes, the employer must be prepared to
provide documentation demonstrating that the language requirements
are supported by business necessity.*

[ ] Yes    [✓] No

14. Specific skills or other requirements – If submitting by mail, add attachment if necessary. Skills description must
begin in this space.

        See Attachment

---

ETA Case Number: C-07128-35010

OMB Approval: 1205-0451
Expiration Date: 03/31/2008

Application for Permanent Employment Certification

ETA Form 9089
**U.S. Department of Labor**



## H.  Job Opportunity Information Continued

| | | |
|---|---|---|
| 15. Does this application involve a job opportunity that includes a combination of occupations? | ☐ Yes | ☑ No |
| 16. Is the position identified in this application being offered to the alien identified in Section J? | ☑ Yes | ☐ No |
| 17. Does the job require the alien to live on the employer's premises? | ☐ Yes | ☑ No |
| 18. Is the application for a live-in household domestic service worker? | ☐ Yes | ☑ No |
| 18-A. If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? | ☐ Yes | ☐ No   ☐ NA |

## I.  Recruitment Information

### a.  Occupation Type – All must complete this section.

| | | |
|---|---|---|
| 1. Is this application for a **professional occupation**, other than a college or university teacher? Professional occupations are those for which a bachelor's degree (or equivalent) is normally required. | ☐ Yes | ☑ No |
| 2. Is this application for a college or university teacher? **If Yes, complete questions 2-A and 2-B below.** | ☐ Yes | ☑ No |
| 2-A  Did you select the candidate using a competitive recruitment and selection process? | ☐ Yes | ☐ No |
| 2-B  Did you use the basic recruitment process for professional occupations? | ☐ Yes | ☐ No |

### b.  Special Recruitment and Documentation Procedures for College and University Teachers – Complete only if the answer to question I.a.2-A is Yes.

| |
|---|
| 3. Date alien selected: |
| 4. Name and date of national professional journal in which advertisement was placed: |
| 5. Specify additional recruitment information in this space.  Add an attachment if necessary. |

### c.  Professional/Non-Professional Information – Complete this section unless your answer to question B.1 or I.a.2-A is YES.

| | |
|---|---|
| 6. Start date for the SWA job order   03/14/2007 | 7. End date for the SWA job order   04/16/2007 |

| | |
|---|---|
| 8. Is there a Sunday edition of the newspaper in the area of intended employment? | ☑ Yes    ☐ No |

9. Name of newspaper (of general circulation) in which the first advertisement was placed:
   Chicago Tribune Newspaper

10. Date of first advertisement identified in question 9:
    03/18/2007

| | |
|---|---|
| 11. Name of newspaper or professional journal (if applicable) in which second advertisement was placed:   Chicago Tribune Newspaper | ☑ Newspaper    ☐ Journal |

OMB Approval:   1205-0451        Application for Permanent Employment Certification
Expiration Date:  03/31/2008
ETA Form 9089
**U.S. Department of Labor**



**I. Recruitment Information Continued**

12. Date of second newspaper advertisement or date of publication of journal identified in question 11:
03/25/2007

**d. Professional Recruitment Information – Complete if the answer to question I.a.1 is YES or if the answer to I.a.2-B is YES.  Complete at least 3 of the items.**

| | |
|---|---|
| 13. Dates advertised at job fair<br>From:            To: | 14. Dates of on-campus recruiting<br>From:            To: |
| 15. Dates posted on employer web site<br>From:            To: | 16. Dates advertised with trade or professional organization<br>From:            To: |
| 17. Dates listed with job search web site<br>From:            To: | 18. Dates listed with private employment firm<br>From:            To: |
| 19. Dates advertised with employee referral program<br>From:            To: | 20. Dates advertised with campus placement office<br>From:            To: |
| 21. Dates advertised with local or ethnic newspaper<br>From:            To: | 22. Dates advertised with radio or TV ads<br>From:            To: |

**e. General Information – All must complete this section.**

| | |
|---|---|
| 23. Has the employer received payment of any kind for the submission of this application? | ☐ Yes   ☑ No |
| 23-A. If Yes, describe details of the payment including the amount, date and purpose of the payment : | |
| 24. Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | ☐ Yes   ☐ No   ☑ NA |
| 25. If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days before but not more than 180 days before the date the application is filed? | ☑ Yes   ☐ No   ☐ NA |
| 26. Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing of this application? | ☐ Yes   ☑ No |
| 26-A. If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | ☐ Yes   ☐ No   ☐ NA |

**J. Alien Information (This section must be filled out.  This information must be different from the agent or attorney information listed in Section E).**

| | | |
|---|---|---|
| 1. Alien's last name<br>QUINTANA | First name<br>MANUEL | Full middle name |
| 2. Current address 1<br>3024 W. 41ST STREET | | |
| Address 2 | | |

| | | | |
|---|---|---|---|
| 3. City<br>CHICAGO | State/Province<br>IL | Country<br>UNITED STATES OF AMERICA | Postal code<br>60632 |

4. Phone number of current residence
(773) 927-6718

| | |
|---|---|
| 5. Country of citizenship<br>MEXICO | 6. Country of birth<br>MEXICO |
| 7. Alien's date of birth<br>05/07/1984 | 8. Class of admission |
| 9. Alien registration number (A#) | 10. Alien admission number (I-94) |

11. Education. highest level achieved relevant to the requested occupation:

☑ None   ☐ High School   ☐ Associate's   ☐ Bachelor's   ☐ Master's   ☐ Doctorate   ☐ Other

ETA Form 9089        The Certification has del from 8/16/2007 - 2/12/2008        Page 5 of 12

ETA Case Number: C-07128-35010

OMB Approval:   1205-0451
Expiration Date:  03/31/2008

Application for Permanent Employment Certification

ETA Form 9089
**U.S. Department of Labor**



### J.  Alien Information Continued

| | |
|---|---|
| 11-A.  If Other indicated in question 11, specify | |
| 12.  Specify major field(s) of study | |
| 13.  Year relevant education completed | |
| 14.  Institution where relevant education specified in question 11 was received | |
| 15.  Address 1 of conferring institution | |
| Address 2 | |

| 16.  City | State/Province | Country | Postal code |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| 17.  Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | ☐ Yes ☐ No ☑ NA | |
| 18.  Does the alien have the experience as required for the requested job opportunity indicated in question H.6? | ☑ Yes ☐ No ☐ NA | |
| 19.  Does the alien possess the alternate combination of education and experience as indicated in question H.8? | ☐ Yes ☐ No ☑ NA | |
| 20.  Does the alien have the experience in an alternate occupation specified in question H.10? | ☐ Yes ☐ No ☑ NA | |
| 21.  Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity  requested? | ☑ Yes ☐ No ☐ NA | |
| 22.  Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | ☐ Yes ☑ No | |
| 23.  Is the alien currently employed by the petitioning employer? | ☑ Yes ☐ No | |

### K.  Alien Work Experience

List all jobs the alien has held during the past 3 years.  Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

**a.  Job 1**

| | |
|---|---|
| 1.  Employer name | |
| Country Landscaping & Supply, Inc. | |
| 2.  Address 1 | |
| 13305  W.  131st Street | |
| Address 2 | |

| 3.  City | State/Province | Country | Postal code |
|---|---|---|---|
| Lemont | IL | UNITED STATES OF AMERICA | 60439 |

| 4.  Type of business | 5.  Job title |
|---|---|
| Landscaping | Landscaper |

| 6.  Start date | 7.  End date | 8.  Number of hours worked per week |
|---|---|---|
| 04/11/2004 | | 40 |

Job 1 continued on next page

ETA Form 9089          This Certification is valid from 8/16/2007  to 2/12/2008          Page 6 of 11

ETA Case Number: C-07128-35010

OMB Approval: 1205-0451
Expiration Date: 03/31/2008

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**K. Alien Work Experience Continued**

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Plans and executes landscaping and drainage operations per specifications for private and commercial customers. Prepares ground using farm machinery. Plans lawns, plants various shrubs, trees and plants and cares for them by mowing, trimming, cultivating and applying various fertilizers. Digs trenches and installs drain tiles and drainage systems.

**b. Job 2**

| 1. Employer name | | | |
|---|---|---|---|
| Sids Landscaping, Inc. | | | |

| 2. Address 1 | | | |
|---|---|---|---|
| 10926 Southwest Highway | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Palos Hills | IL | UNITED STATES OF AMERICA | 60465 |

| 4. Type of business | 5. Job title |
|---|---|
| Landscaping | Landscaper |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| 05/20/2002 | 06/04/2004 | 40 |

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Plans and executes landscaping and drainage operations per specifications for private and commercial customers. Prepares ground using farm machinery. Plans lawns, plants various shrubs, trees and plants and cares for them by mowing, trimming, cultivating and applying various fertilizers. Digs trenches and installs drain tiles and drainage systems.

**c. Job 3**

| 1. Employer name | | | |
|---|---|---|---|
| | | | |

| 2. Address 1 | | | |
|---|---|---|---|
| | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| | | | |

| 4. Type of business | 5. Job title |
|---|---|
| | |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| | | |

Job 3 continued on next page

ETA Form 9089        This Certification is valid from 8/15/2007  to 2/12/2008        Page 7 of 11

ETA Case Number: C-07128-35010

OMB Approval:  1205-0451        Application for Permanent Employment Certification
Expiration Date:  03/31/2008
                                        ETA Form 9089
                                  **U.S. Department of Labor**



**K. Alien Work Experience Continued**

| 9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.) |
| --- |
| |

**L.  Alien Declaration**

*I declare under penalty of perjury that Sections J and K are true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

*In addition, I further declare under penalty of perjury that I intend to accept the position offered in Section H of this application if a labor certification is approved and I am granted a visa or an adjustment of status based on this application*

| 1. Alien's last name | First name | Full middle name |
| --- | --- | --- |
| QUINTANA | MANUEL | |
| 2. Signature | | Date signed |
| *Manuel Quintana* | | *Jul / 2/05* |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

**M. Declaration of Preparer**

| 1. Was the application completed by the employer? If No, you must complete this section. | | Yes | ☐ | No | ☑ |
| --- | --- | --- | --- | --- | --- |

*I hereby certify that I have prepared this application at the direct request of the employer listed in Section C and that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 2. Preparer's last name | First name | Middle initial |
| --- | --- | --- |
| Puchalski | Donald | E |
| 3. Title | | |
| Attorney | | |
| 4. E-mail address | | |
| narchibold@sbcglobal.net | | |
| 5. Signature | | Date signed |
| | | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

ETA Form 9089        This Certification is valid from 6/16/2007  to 5/12/2008        Page 8 of 11

ETA Case Number: C-07128-35010

U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

March 28, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST SUITE 751
CHICAGO IL  60602

Dear Applicant:

Your petition/application, supporting documents, and _1_ check(s)/money order(s) in the amount of $_475.00_ are returned. 20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS.  Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer
Director

NSC/ces

EXHIBIT
5B

Nebraska Service Center

www.uscis.gov

25

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**

**FOR**

**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)*

   ROJEK    Witold

2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)*

   7339 W. Irving Park Road
   Chicago, IL   60634

3. Type of Visa *(If in US)*

   B

The following information is submitted as evidence of an offer of employment.

4. Name of Employer *(Full name of organization)*

   Add On Glass, Inc.

5. Telephone *(Area Code and Number)*

   (312) 226-5670

6. Address *(Number, Street, City or Town, State, Zip Code)*

   3266 N. Elston
   Chicago, IL   60618

JR 6/07

7. Address Where Alien Will Work *(if different from item 6)*

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Retrofitted Glass | Retro Glass Installer | 40 | If Necessary | 8:00 a.m. 4:30 p.m. | $24.00 per hr. | $ Time & 1/2 per hour |

13. Describe Fully the Job to be Performed   *(Duties)*

Designs, lays out, measures, builds and installs thermo efficient per specifications to hermetically bond and seal an additional panel of machine. Selects, measures and cuts different types of spacers per specification. Uses various desiccants for hollow spacers and to insure proper seal. Determines proper amount of butyl for spacer.  Uses custom 110 volt transformer for proper sealing with two separate heating wires.  Heats spacers to melt the butyl and seal the panes of glass together.  Uses various types of glass, silicone and neoprene blocks as needed.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

15. Other Special Requirements

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | 0 | 0 | 0 | NA |
| | | | | Major Field of Study |
| | | | | NA |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | 0 |

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation *(specify)* |
|---|---|---|---|---|
| | Yrs. | Mos. | Number Yrs. | Mos. |
| | 2 | 0 | 0 | 0 | NA |

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

   President

17. Number of Employees Alien Will Supervise

   0

ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O. | S.O. |
|---|---|
| 2/4/03 | |
| R.O. | N.O. |
| | |
| Ind Code | Occ. Code |
| | |
| Occ. Title | |

06-12-07

ETA 750 U.S. 1978,

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | | |
|---|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local | |
| | From | To | | | |
| NA | | | NA | c. City and State | |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household Job ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? ("X" one) |
| ("X" one) | Number of Rooms | Adults | Children | Ages | | |
| ☐ House | | BOYS | | | | ☐ YES ☐ NO |
| ☐ Apartment | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal recruitment

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

**DECLARATION OF EMPLOYER** ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | | DATE |
|---|---|---|
| X *[signature]* | | 11/2/02 |

| NAME (Type or Print) | TITLE |
|---|---|
| James R. Spizzirri | President |

**AUTHORIZATION OF AGENT OF EMPLOYER** ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Donald E. Puchalski | 111 W. Washington St., Suite 751 Chicago, IL 60602 |

U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

April 1, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST SUITE 751
CHICAGO IL  60602

Dear Applicant:

Your petition/application, supporting documents, and _1_ check(s)/money order(s) in the amount of $_475.00_ are returned. 20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS.  Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer
Director

NSC/ces

EXHIBIT
6 B

Nebraska Service Center

www.uscis.gov

OMB Approval: 1205-0451   Application for Permanent Employment Certification
Expiration Date: 03/31/2008
                                            ETA Form 9089
                                        U.S. Department of Labor



Please read and review the filing instructions before completing this form. A copy of the instructions can be found at http://workforcesecurity.doleta.gov/foreign/.

Employing or continuing to employ an alien unauthorized to work in the United States is illegal and may subject the employer to criminal prosecution, civil money penalties, or both.

### A. Refiling Instructions

| | | |
|---|---|---|
| 1.  Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification (ETA 750)? | ☐ Yes | ☑ No |

1-A. If Yes, enter the previous filing date

1-B. Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed:

### B. Schedule A or Sheepherder Information

| | | |
|---|---|---|
| 1.  Is this application in support of a Schedule A or Sheepherder Occupation? | ☐ Yes | ☑ No |

If Yes, do NOT send this application to the Department of Labor. All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security office.

### C. Employer Information (Headquarters or Main Office)

1. Employer's name
   AURELIO & SONS MASONRY, INC.

2. Address 1
   1109 PRESERVE TRAIL

   Address 2

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| BARTLETT | IL | UNITED STATES OF AMERICA | 60103 |

4. Phone number               Extension
   (630) 289-4508

| 5. Number of employees | 6. Year commenced business |
|---|---|
| 11 | 1991 |

| 7. FEIN (Federal Employer Identification Number) | | 8. NAICS code |
|---|---|---|
| 363739434 | 23814 | |

| | | |
|---|---|---|
| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | ☐ Yes | ☑ No |

### D. Employer Contact Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| 1. Contact's last name | First name | Middle initial |
|---|---|---|
| Aurelio | Frank | |

2. Address 1
   1109 Preserve Trail

   Address 2

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Bartlett | IL | UNITED STATES OF AMERICA | 60103 |

4. Phone number               Extension
   (630) 289-4508

5. E-mail address
   narchibold@sbcglobal.net

ETA Form 9089                                                          Page 1 of 11

EXHIBIT
7A

ETA Case Number: C-07052-12781

29

OMB Approval: **1205-0451**    Application for Permanent Employment Certification
Expiration Date: **03/31/2008**

ETA Form 9089
**U.S. Department of Labor**



### E.  Agent or Attorney Information (If applicable)

| 1. Agent or attorney's last name | First name | Middle initial |
|---|---|---|
| **Puchalski** | **Donald** | **E** |

2. Firm name
**Law Offices of Donald E. Puchalski**

| 3. Firm EIN | 4. Phone number | Extension |
|---|---|---|
| **010743033** | **(312) 332-4428** | |

5. Address 1
**111 W. Washington Street, Suite 751**

Address 2

| 6. City | State/Province | Country | Postal code |
|---|---|---|---|
| **Chicago** | **IL** | **UNITED STATES OF AMERICA** | **60602** |

7. E-mail address
**narchibold@sbcglobal.net**

### F.  Prevailing Wage Information (as provided by the State Workforce Agency)

| 1. Prevailing wage tracking number (if applicable) | 2. SOC/O*NET(OES) code **47-2021.00** |
|---|---|

| 3. Occupation Title **Mason** | 4. Skill Level **Level IV** |
|---|---|

5. Prevailing wage          Per: (Choose only one)

**$ 31.30**    ☑ Hour    ☐ Week    ☐ Bi-Weekly    ☐ Month    ☐ Year

6. Prevailing wage source (Choose only one)

☑ OES    ☐ CBA    ☐ Employer Conducted Survey    ☐ DBA    ☐ SCA    ☐ Other

6-A.  If Other is indicated in question 6, specify:

| 7. Determination date **12/20/2006** | 8. Expiration date **06/30/2007** |
|---|---|

### G.  Wage Offer Information

1. Offered wage

From: **$ 31.30**    To: (Optional) **$**    Per: (Choose only one)    ☑ Hour    ☐ Week    ☐ Bi-Weekly    ☐ Month    ☐ Year

### H.  Job Opportunity Information (Where work will be performed)

1. Primary worksite (where work is to be performed) address 1
**1109 Preserve Trail**

Address 2

| 2. City **Bartlett** | State **IL** | Postal code **60103** |
|---|---|---|

3. Job title
**Mason**

4. Education: minimum level required:

☑ None    ☐ High School    ☐ Associate's    ☐ Bachelor's    ☐ Master's    ☐ Doctorate    ☐ Other

4-A.  If Other is indicated in question 4, specify the education required:

4-B.  Major field of study

5. Is training required in the job opportunity?          5-A.  If Yes, number of months of training required:

☐ Yes    ☑ No

ETA Form 9089                                                                                           Page 2 of 11

ETA Case Number: C-07052-12781

OMB Approval: 1205-0451    Application for Permanent Employment Certification
Expiration Date: 03/31/2008    ETA Form 9089
**U.S. Department of Labor**



### H. Job Opportunity Information Continued

5-B.  Indicate the field of training:

6.  Is experience in the job offered required for the job?    6-A.  If Yes, number of months experience required:

[✓] Yes    [ ] No    24

7.  Is there an alternate field of study that is acceptable?    [ ] Yes    [✓] No

7-A.  If Yes, specify the major field of study:

8.  Is there an alternate combination of education and experience that is acceptable?    [ ] Yes    [✓] No

8-A.  If Yes, specify the alternate level of education required:

[ ] None    [ ] High School    [ ] Associate's    [ ] Bachelor's    [ ] Master's    [ ] Doctorate    [ ] Other

8-B.  If Other is indicated in question 8-A, indicate the alternate level of education required:

8-C.  If applicable, indicate the number of years experience acceptable in question 8:

9.  Is a foreign educational equivalent acceptable?    [ ] Yes    [✓] No

10.  Is experience in an alternate occupation acceptable?    10-A.  If Yes, number of months experience in alternate occupation required:

[✓] Yes    [ ] No    24

10-B.  Identify the job title of the acceptable alternate occupation:

Brick Mason Helper

11.  Job duties – If submitting by mail, add attachment if necessary. Job duties description must begin in this space.

Lays building materials such as brick tile, concrete cinder and terracotta to construct or repair walls, partitions and other structures.  Spreads layer of mortar using trowel and applies mortar to end of block and positions block in mortar bed. Levels and aligns brick and removes excess mortar.

12.  Are the job opportunity's requirements normal for the occupation?    [✓] Yes    [ ] No

*If the answer to this question is No, the employer must be prepared to provide documentation demonstrating that the job requirements are supported by business necessity.*

13.  Is knowledge of a foreign language required to perform the job duties?    [ ] Yes    [✓] No

*If the answer to this question is Yes, the employer must be prepared to provide documentation demonstrating that the language requirements are supported by business necessity.*

14.  Specific skills or other requirements – If submitting by mail, add attachment if necessary. Skills description must begin in this space.

See Attachment

ETA Form 9089    Page 3 of 11

ETA Case Number: C-07052-12781

OMB Approval: **1205-0451**      Application for Permanent Employment Certification
Expiration Date: **03/31/2008**                      ETA Form 9089
**U.S. Department of Labor**



### H. Job Opportunity Information Continued

| | | |
|---|---|---|
| 15. Does this application involve a job opportunity that includes a combination of occupations? | Yes ☐ | ✓ No |
| 16. Is the position identified in this application being offered to the alien identified in Section J? | ✓ Yes | No ☐ |
| 17. Does the job require the alien to live on the employer's premises? | Yes ☐ | ✓ No |
| 18. Is the application for a live-in household domestic service worker? | Yes ☐ | ✓ No |
| 18-A. If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? | Yes ☐ | No ☐   NA ☐ |

### I. Recruitment Information

**a. Occupation Type – All must complete this section.**

| | | |
|---|---|---|
| 1. Is this application for a **professional occupation**, other than a college or university teacher? Professional occupations are those for which a bachelor's degree (or equivalent) is normally required. | Yes ☐ | ✓ No |
| 2. Is this application for a college or university teacher? **If Yes, complete questions 2-A and 2-B below.** | Yes ☐ | ✓ No |
| 2-A. Did you select the candidate using a competitive recruitment and selection process? | Yes ☐ | No ☐ |
| 2-B. Did you use the basic recruitment process for professional occupations? | Yes ☐ | No ☐ |

**b. Special Recruitment and Documentation Procedures for College and University Teachers -- Complete only if the answer to question I.a.2-A is Yes.**

| |
|---|
| 3. Date alien selected: |
| 4. Name and date of national professional journal in which advertisement was placed: |
| 5. Specify additional recruitment information in this space. Add an attachment if necessary. |

**c. Professional/Non-Professional Information – Complete this section unless your answer to question B.1 or I.a.2-A is YES.**

| | |
|---|---|
| 6. Start date for the SWA job order   12/26/2006 | 7. End date for the SWA job order   01/29/2007 |
| 8. Is there a Sunday edition of the newspaper in the area of intended employment? | ✓ Yes    No ☐ |
| 9. Name of newspaper (of general circulation) in which the first advertisement was placed:   **Chicago Tribune** | |
| 10. Date of first advertisement identified in question 9:   01/07/2007 | |
| 11. Name of newspaper or professional journal (if applicable) in which second advertisement was placed:   **Chicago Tribune** | ✓ Newspaper    Journal ☐ |

ETA Form 9089                                                             Page 4 of 11

ETA Case Number: C-07052-12781

OMB Approval: 1205-0451    Application for Permanent Employment Certification
Expiration Date: 03/31/2008
ETA Form 9089
U.S. Department of Labor



## I. Recruitment Information Continued

| 12. Date of second newspaper advertisement or date of publication of journal identified in question 11: |
| --- |
| 01/14/2007 |

*d. Professional Recruitment Information – Complete if the answer to question I.a.1 is YES or if the answer to I.a.2-B is YES. Complete at least 3 of the items.*

| 13. Dates advertised at job fair<br>From:          To: | 14. Dates of on-campus recruiting<br>From:          To: |
| --- | --- |
| 15. Dates posted on employer web site<br>From:          To: | 16. Dates advertised with trade or professional organization<br>From:          To: |
| 17. Dates listed with job search web site<br>From:          To: | 18. Dates listed with private employment firm<br>From:          To: |
| 19. Dates advertised with employee referral program<br>From:          To: | 20. Dates advertised with campus placement office<br>From:          To: |
| 21. Dates advertised with local or ethnic newspaper<br>From:          To: | 22. Dates advertised with radio or TV ads<br>From:          To: |

*e. General Information – All must complete this section.*

| 23. Has the employer received payment of any kind for the submission of this application? | ☐ Yes ☑ No |
| --- | --- |
| 23-A. If Yes, describe details of the payment including the amount, date and purpose of the payment: | |
| 24. Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | ☐ Yes ☐ No ☑ NA |
| 25. If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days before but not more than 180 days before the date the application is filed? | ☑ Yes ☐ No ☐ NA |
| 26. Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing of this application? | ☐ Yes ☑ No |
| 26-A. If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | ☐ Yes ☐ No ☐ NA |

## J. Alien Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| 1. Alien's last name<br>TORRES | First name<br>JOSE | Full middle name<br>GUADALUPE |
| --- | --- | --- |

| 2. Current address 1 |
| --- |
| 961 S. MICHIGAN |
| Address 2 |

| 3. City<br>ADDISON | State/Province<br>IL | Country<br>UNITED STATES OF AMERICA | Postal code<br>60101 |
| --- | --- | --- | --- |

| 4. Phone number of current residence |
| --- |
| (708) 692-0207 |

| 5. Country of citizenship<br>MEXICO | 6. Country of birth<br>MEXICO |
| --- | --- |
| 7. Alien's date of birth<br>02/10/1961 | 8. Class of admission |
| 9. Alien registration number (A#) | 10. Alien admission number (I-94) |

| 11. Education: highest level achieved relevant to the requested occupation: |
| --- |
| ☑ None ☐ High School ☐ Associate's ☐ Bachelor's ☐ Master's ☐ Doctorate ☐ Other |

ETA Form 9089

ETA Case Number: C-07052-12781

OMB Approval: 1205-0451    Application for Permanent Employment Certification
Expiration Date: 03/31/2008
ETA Form 9089
**U.S. Department of Labor**



### J. Alien Information Continued

| 11-A. If Other indicated in question 11, specify | |
| --- | --- |
| 12. Specify major field(s) of study | |
| 13. Year relevant education completed | |
| 14. Institution where relevant education specified in question 11 was received | |
| 15. Address 1 of conferring institution | |
| Address 2 | |

| 16. City | State/Province | Country | Postal code |
| --- | --- | --- | --- |
| | | | |

| 17. Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | ☐ Yes ☐ No ☑ NA |
| --- | --- |
| 18. Does the alien have the experience as required for the requested job opportunity indicated in question H.6? | ☑ Yes ☐ No ☐ NA |
| 19. Does the alien possess the alternate combination of education and experience as indicated in question H.8? | ☐ Yes ☐ No ☑ NA |
| 20. Does the alien have the experience in an alternate occupation specified in question H.10? | ☑ Yes ☐ No ☐ NA |
| 21. Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity requested? | ☑ Yes ☐ No ☐ NA |
| 22. Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | ☐ Yes ☑ No |
| 23. Is the alien currently employed by the petitioning employer? | ☑ Yes ☐ No |

### K. Alien Work Experience

List all jobs the alien has held during the past 3 years. Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

**a. Job 1**

| 1. Employer name | | | |
| --- | --- | --- | --- |
| Aurelio & Sons Masonry, Inc. | | | |

| 2. Address 1 | | | |
| --- | --- | --- | --- |
| 1109 Preserve Trail | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
| --- | --- | --- | --- |
| Bartlett | IL | UNITED STATES OF AMERICA | 60103 |

| 4. Type of business | | 5. Job title | |
| --- | --- | --- | --- |
| Masonry Construction | | Brick Mason | |

| 6. Start date | 7. End date | 8. Number of hours worked per week | |
| --- | --- | --- | --- |
| 01/20/1999 | | 40 | |

ETA Form 9089    Page 6 of 11

ETA Case Number: C-07052-12781

OMB Approval: 1205-0451     Application for Permanent Employment Certification
Expiration Date: 03/31/2008
ETA Form 9089
U.S. Department of Labor



**K.  Alien Work Experience Continued**

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Lays building materials such brick tile, concrete cinder and terracotta to construct or repair walls, partitions and other structures. Spreads layer of mortar using trowel and applies mortar to end of block and positions block in mortar bed. Levels and aligns brick and removes excess mortar.

**b.  Job 2**

| 1. Employer name | | | |
|---|---|---|---|
| Aurelio & Sons Masonry, Inc. | | | |

| 2. Address 1 | | | |
|---|---|---|---|
| 1109 Preserve Trail | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Bartlett | IL | UNITED STATES OF AMERICA | 60103 |

| 4. Type of business | 5. Job title |
|---|---|
| Masonry Construction | Brick Mason Helper |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| 01/20/1997 | 01/20/1999 | 40 |

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Helps and assists with laying building materials such as brick tile, concrete cinder and terracotta to construct or repair walls, partitions and other structures. Helps to spread layers of mortar using trowel and applies mortar to end of block and positions block in mortar bed. Levels and aligns brick and removes excess mortar.

**c.  Job 3**

| 1. Employer name | | | |
|---|---|---|---|
| | | | |

| 2. Address 1 | | | |
|---|---|---|---|
| | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| | | | |

| 4. Type of business | 5. Job title |
|---|---|
| | |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| | | |

ETA Case Number: C-07052-12781

OMB Approval: **1205-0451**    Application for Permanent Employment Certification
Expiration Date: **03/31/2008**
ETA Form 9089
**U.S. Department of Labor**



**K. Alien Work Experience Continued**

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

**L. Alien Declaration**

*I declare under penalty of perjury that Sections J and K are true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

*In addition, I further declare under penalty of perjury that I intend to accept the position offered in Section H of this application if a labor certification is approved and I am granted a visa or an adjustment of status based on this application.*

| 1. Alien's last name | First name | Full middle name |
|---|---|---|
| TORRES | JOSE | GUADALUPE |
| 2. Signature | | Date signed |
| Jose Torres Torres | | 3-26-08 |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

**M. Declaration of Preparer**

| 1. Was the application completed by the employer? If No, you must complete this section. | | Yes | ✓ No |
|---|---|---|---|

*I hereby certify that I have prepared this application at the direct request of the employer listed in Section C and that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 2. Preparer's last name | First name | Middle initial |
|---|---|---|
| Puchalski | Donald | E |
| 3. Title | | |
| Attorney | | |
| 4. E-mail address | | |
| natchibold@sbcglobal.net | | |
| 5. Signature | | Date signed |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

ETA Form 9089    Page 8 of 11

ETA Case Number: C-07052-12781

OMB Approval: 1205-0451     Application for Permanent Employment Certification
Expiration Date: 03/31/2008     ETA Form 9089
**U.S. Department of Labor**



### N. Employer Declaration

*By virtue of my signature below, **I HEREBY CERTIFY** the following conditions of employment:*

1. The offered wage equals or exceeds the prevailing wage and I will pay at least the prevailing wage.
2. The wage is not based on commissions, bonuses or other incentives, unless I guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage.
3. I have enough funds available to pay the wage or salary offered the alien.
4. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.
5. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.
6. The job opportunity is not:
   a. Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage; or
   b. At issue in a labor dispute involving a work stoppage.
7. The job opportunity's terms, conditions, and occupational environment are not contrary to Federal, state or local law.
8. The job opportunity has been and is clearly open to any U.S. worker.
9. The U.S. workers who applied for the job opportunity were rejected for lawful job-related reasons.
10. The job opportunity is for full-time, permanent employment for an employer other than the alien.

**I hereby designate** the agent or attorney identified in section E (if any) to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, **I take full responsibility** for the accuracy of any representations made by my agent or attorney.

**I declare** under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained herein is true and accurate. *I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 1. Last name | First name | Middle initial |
|---|---|---|
| Aurelio | Frank | |

| 2. Title |
|---|
| President |

| 3. Signature | Date signed |
|---|---|
| *[signature]* | 2-20-08 |

**Note** – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

### O. U.S. Government Agency Use Only

Pursuant to the provisions of Section 212 (a)(5)(A) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.

*[signature] Dominica Revere*
_____
Signature of Certifying Officer

**3/20/2007**
Date Signed

**C-07052-12781**
_____
Case Number

**03/09/2007**
Filing Date

ETA Form 9089

Page 9 of 11

ETA Case Number: C-07052-12781

OMB Approval: 1205-0451     Application for Permanent Employment Certification
Expiration Date: 03/31/2008

ETA Form 9089
**U.S. Department of Labor**



| P. OMB Information | *Paperwork Reduction Act Information Control Number 1205-0451* |

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

Respondent's reply to these reporting requirements is required to obtain the benefits of permanent employment certification (Immigration and Nationality Act, Section 212(a)(5)). Public reporting burden for this collection of information is estimated to average 1¼ hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate to the Division of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW * Washington, DC * 20210.
**Do NOT send the completed application to this address.**

| Q. Privacy Statement Information |

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act. The Department of Labor (Department or DOL) maintains a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7) that includes this record.

Under routine uses for this system of records, case files developed in processing labor certification applications, labor condition applications, or labor attestations may be released as follows: in connection with appeals of denials before the DOL Office of Administrative Law Judges and Federal courts, records may be released to the employers that filed such applications, their representatives, to named alien beneficiaries or their representatives, and to the DOL Office of Administrative Law Judges and Federal courts; and in connection with administering and enforcing immigration laws and regulations, records may be released to such agencies as the DOL Office of Inspector General, Employment Standards Administration, the Department of Homeland Security, and the Department of State.

Further relevant disclosures may be made in accordance with the Privacy Act and under the following circumstances: in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source or public authority in connection with personnel, security clearance, procurement, or benefit-related matters; to a contractor or their employees, grantees or their employees, consultants, or volunteers who have been engaged to assist the agency in the performance of Federal activities; for Federal debt collection purposes; to the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; to a Member of Congress or their staff in response to an inquiry of the Congressional office made at the written request of the subject of the record; in connection with records management; and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence in the integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information, unless the Solicitor of Labor determines that disclosure would constitute an unwarranted invasion of personal privacy.

ETA Case Number: C-07052-12781



U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE 68501-2521

U.S. Citizenship
and Immigration
Services

March 14, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST SUITE 751
CHICAGO IL 60602

Dear Applicant:

Your petition/application, supporting documents, and _1_ check(s)/money order(s) in the amount of $_475.00_ are returned. 20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS. Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer
Director

NSC/ces

EXHIBIT
7B

Nebraska Service Center

www.uscis.gov

OMB Approval No. 1205-0015

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN and DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien    (Family name in capital letter, First, Middle, Maiden) | | |
|---|---|---|
| BAUTISTA CASTELAN, Bolivar | | |

| 2. Present Address of Alien    (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa    (If in U.S.) |
|---|---|
| 4445 N. Broadway 3rd floor, Chicago, IL 60640, USA | None |

The following information is submitted as an offer of employment

| 4. Name of Employer    (Full name of Organization) | 5. Telephone |
|---|---|
| Foster & Broadway AMOCO n/k/a Dikuje Group, Inc. | (773) 728-8926 |

| 6. Address    (Number, Street, City and Town, State ZIP code) |
|---|
| 5156 N. Broadway Ave., Chicago, IL 60640, USA |

7. Address Where Alien Will Work    (if different from item 6)

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| Auto repair | Mechanic | 40 | | 8:00 a.m 5:00 p.m | $18.00 per hour | $ per hour |

13. Describe Fully the job to be Performed    (Duties)

Repairs and overhauls various foreign and domestic models of cars and trucks. Repairs and rebuilds engines, transmissions and other parts per specification. Disassembles and inspects parts and repairs or replaces carburetors, generators, distributors, starters and pumps. Uses various hand tools, drills, welders and computerized equipment. Rewires ignition and instrument panels. Reline and adjust brakes, shocks, radiators and wheel alignment and troubleshooter.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required    (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |

| TRAIN-ING | No. Yrs | No. Mos | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | Related Occupation Number | | Related Occupation    (specify) |
|---|---|---|---|---|
| | Yrs. | Mos | Yrs | Mos |
| | 2 | 0 | 0 | 0 |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Manager | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

ENDORSEMENTS    (Make no entry in section - for Government use only)

Date Forms Received

VALID FOR 180 DAYS FROM THE DATE CERTIFIED

| L.O | S.O |
|---|---|
| FB/10/03 | |
| | N.O |

Ind. Code    Occ. Code  49-3042

Occ. Title  mobile Heavy Equipment mess, except engines

08-15-07

Replaces MA / SUA, B and C (Apr. 1970)

ETA 750 (Oct. 1979)

EXHIBIT
8A

| 18  COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19  IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a  No. of Openings To Be Filled By Aliens Under Job Offer | b  Exact Dates You Expect To Employ Alien | | a  Number of Local | b  Name of Local |
| | From | To | | c  City and State |
| | | | N/A | |

| 20.  STATEMENT FOR LIVE-AT-WORK JOB OFFERS  (Complete for Private Household ONLY) | | | | | |
|---|---|---|---|---|---|
| a  Description of Residence | | b  No. Persons residing at Place of Employment | | | c  Will free board and private room not shared with anyone be provided?   ("X" one) |
| ("X" one)  ☐ House  ☐ Apartment | Number of Rooms | Adults | Children | Ages | ☐ YES   ☐ NO |
| | | | BOYS | | |
| | | | GIRLS | | |

**21.  DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.  (Specify Sources of Recruitment by Name)**

Internal referrals and recruitment.

**22.  Applications require various types of documentation.  Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.**

**23.  EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a  I have enough funds available to pay the wage or salary offered the alien.

b  The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c  The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d  I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e  The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f  The job opportunity is not

(1)  Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2)  At issue in a labor dispute involving a work stoppage.

g  The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h  The job opportunity has been and is clearly open to any qualified U.S. worker.

| 24.  DECLARATIONS | |
|---|---|
| DECLARATION OF EMPLOYER ▶ | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. |

| SIGNATURE | DATE |
|---|---|
| *[signature]* | 7/16/2007 |
| NAME (Type or Print)  Anthony Discepolo | TITLE  Owner |

| AUTHORIZATION OF AGENT OF EMPLOYER ▶ | I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF EMPLOYER  *[signature]* | | DATE  7/16/2007 |
| NAME OF AGENT (Type or Print)  Donald E. Puchalski | ADDRESS OF AGENT (Number, Street, City, State, ZIP code)  Law Offices of Donald E. Puchalski  111 West Washington St.  Suite 751  Chicago, IL 60602 |

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION
FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.
To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien (Family name in capital letter, First, Middle, Maiden)

SKORSKI, Jaroslaw

2. Present Address of Alien (Number, Street, City and Town, State ZIP Code or Province, Country)

5190 Barcroft Drive, Barrington, IL 60010  USA

3. Type of Visa (If in U.S.)

B

The following information is submitted as evidence of an offer of employment.

4. Name of Employer (Full name of organization)

Wright Technologies, Inc.

5. Telephone (Area Code and Number)

(847) 671-3427

6. Address (Number, Street, City or Town, Country, State, Zip Code)

9972 W. Bryn Mawr, Rosemont, IL 60018

7. Address Where Alien Will Work (if different from item 6)

same

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | Monday – Friday | a. Basic | b. Overtime |
| CNC/Machine Shop | CNC Programmer | 40 | 0 | 9:00 a.m. 5:00 p.m. | $ 600.00 per Week | $ 0 per hour |

13. Describe Fully the Job to be Performed (Duties)

Sets up, operates and programs CNC machines to make tools and fixtures per blueprint. Writes programs and modifies existing programs. Sets up and operates various machine tools to make specified part at close tolerances.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in item 13 above.

15. Other Special Requirements

None

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | None |

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) |
|---|---|---|---|---|
| | Yrs. | Mos. | Number Yrs. Mos. | |
| | 2 | 0 | 2  0 | Machinist |

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

Foreman

17. Number of Employees Alien Will Supervise

0

ENDORSEMENTS (Make no entry in section - for government use only)
Date Forms Received

| L.O. 12/03/07 | S.O. 12/03/07 |
|---|---|
| R.O. | N.O. |
| Ind. Code | Occ. Code |

4-26-07

**EXHIBIT**
**9A**

Replaces MA 7-50A: 8 and C (Apr. 1970 editions) which is obsolete.

ETA 750 (Oct. 1979)

| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
|---|---|---|---|---|
| | From | To | | N/A |
| | | | | c. City and State |
| N/A | | | N/A | |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS** *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) |
|---|---|---|---|---|---|---|---|
| ("X" one) | Number of Rooms | Adults | Children | | Ages | | ☐ YES  ☐ NO |
| ☐ House | | | BOYS | | | N/A | |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| X *[signature]* | 5/3/02 |

| NAME (Type or Print) | TITLE |
|---|---|
| KAZIMIERZ R. ALESZCZYK | PRESIDENT |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | 5/3/02 |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Donald E. Puchalski | Law Offices of Donald E. Puchalski<br>111 West Washington Street, Suite 751<br>Chicago, IL 60602 |

43

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**

**FOR**

**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM

*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien  *(Family name in capital letter, First, Middle, Maiden)*

DUDA, Dominika Katarzyna

2. Present Address of Alien  *(Number, Street, City and Town, State ZIP Code or Province, Country)*

13868 W. Shady Lane, Homer Glen, IL 60491

3. Type of Visa  *(If in US)*

B

The following information is submitted as evidence of an offer of employment.

4. Name of Employer  *(Full name of organization)*

Plonski Medical Group S.C.   FEIN 36-4182024

5. Telephone  *(Area Code and Number)*

(773) 229-8300

6. Address  *(Number, Street, City or Town, Country, State, Zip Code)*

6901 W. Archer, Chicago, IL 60638, USA

7. Address Where Alien Will Work  *(if different from item 6)*

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Medical Office | Medical Assistant | 40 | 0 | 9:00 a.m. 5:00 p.m. | $ 9.67 per hour | $ 0 per hour |

13. Describe Fully the Job to be Performed  *(Duties)*

Performs any combination of following duties under direction of physician to assist in examination or treatment of patients: Interviews patients, measures vital signs and records information. Prepares treatment rooms, positions instruments and equipment, Inventories medical supplies and equipment. Operates equipment, gives injections and performs routine laboratory tests. Schedules appointment, keeps records and assists patients.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

15. Other Special Requirements

Must speak, read and write the Polish language.

| EDUCATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | | 4 | | Major Field of Study |

| TRAINING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|

| EXPERIENCE | Job Offered | | Related Occupation | Related Occupation *(specify)* |
|---|---|---|---|---|
| | Yrs. | Mos | Yrs. | Mos. |
| | 1 | 0 | 1 | 0 | Nurse Aid |

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

Office Manager

17. Number of Employees Alien Will Supervise

0

**CERTIFICATION**

PURSUANT TO THE PROVISIONS OF SECTION 212 (a) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED

8-29-04

ENDORSEMENTS  (Make no entry in section - for government use only)

Date Forms Received

| L.O. | S.O. |
| R.O. | N.O. |

Occ. Code

EXHIBIT

10A

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
|---|---|---|---|---|
| | From | To | | N/A |
| | | | | c. City and State |
| | | N/A | | N/A |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS**   *(Complete for Private Household Job ONLY)*

| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | *("X" one)* |
|---|---|---|---|---|---|---|
| *("X" one)* | Number of Rooms | Adults | Children | Ages | | |
| ☐ House | | | BOYS | | | ☐ YES   ☒ NO |
| ☐ Apartment | | | GIRLS | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

| DECLARATION OF EMPLOYER | ➤ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct | |
|---|---|---|
| SIGNATURE | | DATE |
| NAME *(Type or Print)* OLGIERD P. PLONSKI, M.D. | TITLE PRESIDENT | |

| AUTHORIZATION OF AGENT OF EMPLOYER | ➤ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF EMPLOYER | | DATE |
| NAME OF AGENT *(Type or Print)* Donald E. Puchalski | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)* Law Offices of Donald E. Puchalski 111 West Washington St. Suite 751 Chicago, IL 60602 | |

45

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM

*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature*

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)*

ASKAROGLU, Emin

2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)*

3536 South 54th Avenue, Cicero, IL  60804

3. Type of Visa *(If in U.S.)*

H   9~

The following information is submitted as evidence of an offer of employment.

4. Name of Employer *(Full name of organization)*

Ziyad Brothers Importing, a division of Syrian Bakery & Grocery Co.

5. Telephone *(Area Code and Number)*

(708) 222-8330

6. Address *(Number, Street, City or Town, Country, State, Zip Code)*

5400 West 35th Street, Cicero, IL 60650, USA

7. Address Where Alien Will Work *(if different from item 6)*

same

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Middle Eastern Food Products | Foreman | 40 | 0 | 8:00 a.m 4:30 p.m | $ 24.04 per hour | $ 0 per hour |

13. Describe Fully the Job to be Performed *(Duties)*

Supervises and directs workers engaged in the production and manufacturing of Middle Eastern candies and nut making machines.  Directs and trains workers in various methods of making Middle East nuts, candies and nougat such as stragalia, fustook, halaby, bizar, aswod and malban.  Supervises in the tending and maintenance of the equipment, Turkish nut roasters and makes and manufactures Middle East and Mediterranean candies and nuts.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

15. Other Special Requirements

None

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | | | N/A |

| EXPERI-ENCE | Job Offered | Related Occupation | Related Occupation *(specify)* |
|---|---|---|---|
| | Yrs. Mos. | Number Yrs. Mos. | Middle East Confectionary |
| | 2      0 | 2      0 | Machinist |

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

General Manager

17. Number of Employees Alien Will Supervise    10

ENDORSEMENTS *(Make no entry in section  for government use only)*

| | Date Forms Received |
|---|---|
| L.O. 02/01/04 | S.O. 02 /04/04 |
| R.O. | N.O. |

Certification

*Pursuant to the provisions of the Immigration and Nationality Act...*

04-12-07

**EXHIBIT
11 A**

Occ. Code

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

| 19. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| | | | | c. City and State |
| N/A | | | N/A | N/A |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS**   *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | |
|---|---|---|---|---|---|---|---|
| *("X" one)* | Number of Rooms | Adults | Children | | Ages | | *("X" one)* |
| ☐ House | | | BOYS | | | | ☐ YES   ☐ NO |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

| DECLARATION OF EMPLOYER | ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.* | |
|---|---|---|
| SIGNATURE | | DATE |
| NAME *(Type or Print)*<br>Nemer Ziyad | TITLE<br>General Manager | |

| AUTHORIZATION OF AGENT OF EMPLOYER | ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.* | |
|---|---|---|
| SIGNATURE OF EMPLOYER | | DATE |
| NAME OF AGENT *(Type or Print)*<br>Donald E. Puchalski | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)*<br>Law Offices of Donald E. Puchalski<br>111 West Washington Street, Suite 751<br>Chicago, Il. 60602-2705 | |

OMB Approval No. 44-R1301

| U.S. DEPARTMENT OF LABOR<br>Employment and Training Administration<br><br>**APPLICATION**<br>**FOR**<br>**ALIEN EMPLOYMENT CERTIFICATION** | IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM<br>*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*<br><br>*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).* |

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien  *(Family name in capital letter, First, Middle, Maiden)*

HERNANDEZ, Evaristo Luna

2. Present Address of Alien  *(Number, Street, City and Town, State ZIP Code or Province, Country)*

942 North Rohlwing Road, #201 F, Addison, IL  60101  USA

The following information is submitted as evidence of an offer of employment.

3. Type of Visa *(If in U.S.)*

None

4. Name of Employer  *(Full name of organization)*

White Cottage Pizzeria            FEIN 36-3445219

5. Telephone *(Area Code and Number)*

630/766-7617

6. Address  *(Number, Street, City or Town, Country, State, Zip Code)*

350 North Wood Dale Road, Wood Dale, IL  60191

7. Address Where Alien Will Work  *(if different from item 6)*

same                                               Tues-Sat

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Italian restaurant | Pizza Maker | 40 | 0 | 3:00 p.m.<br>11:00 p.m. | $500<br>per Week | $0<br>per hour |

13. Describe Fully the Job to be Performed  *(Duties)*

Makes specialized gourmet pizza.  In charge of preparation of ingredients for the pizza department.  Sets and operates pizza oven, dough mixer and shredded cheese machine.  Makes ingredients for various pizzas.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| EDU-CATION *(Enter number of years)* | Grade School | High School | College | none |
| | | | College Degree Required *(specify)*<br>None | |
| | 0 | 0 | 0 | Major Field of Study<br>0 |
| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training | |
| | 0 | 0 | N/A | |
| EXPERI-ENCE | Job Offered | Related Occupation | Related Occupation *(specify)* | |
| | Yrs. \| Mos. | Yrs. \| Mos. | None | |
| | 2 \| 0 | 0 \| 0 | | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Manager | 17. Number of Employees Alien Will Supervise    0 |
|---|---|---|

ENDORSEMENTS  *(Make no entry in section for government use only)*

| | Date Forms Received |
|---|---|
| L.O. | S.O. |
| 7/11/2003 | |
| R.O. | N.O. |
| | Occ. Code |

06-18-07

EXHIBIT

12 A

RESTAURANT

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.                    ETA 750 (Oct. 1979)

| 18. COM___ ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED  *(Complete)* | |
|---|---|---|---|---|
| a. No. of ___ -n-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| N/A | | N/A | c. City and State | |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS      *(Complete for Private Household Job ONLY)* | | | | |
|---|---|---|---|---|
| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | c. Will free board and private room not shared with any-one be provided?  *("X" one)* |
| *("X" one)* | Number of Rooms | Adults | Children | Ages |
| ☐ House | | | BOYS | ☐ YES  ☐ NO |
| ☐ Apartment | | | GIRLS | N/A |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| *[signature]* | 10/26/02 |

| NAME  *(Type or Print)* | TITLE |
|---|---|
| Tony Uroni | Owner |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| *[signature]* | 10/26/02 |

| NAME OF AGENT  *(Type or Print)* | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)* |
|---|---|
| Donald E. Puchalski | Sklodowski, Puchalski & Reimer 111 West Washington Street, Suite 1000, Chicago, IL 60602-2705 |

OMB Approval No. 44-R1301

**U.S. DEPARTMENT OF LABOR**
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien  *(Family name in capital letter, First, Middle, Maiden)*
NEMCIK, Jaromir

2. Present Address of Alien  *(Number, Street, City and Town, State ZIP Code or Province, Country)*
7230 Giddings, Burr Ridge, IL 60527 USA

3. Type of Visa  *(If in U.S.)*
B

The following information is submitted as evidence of an offer of employment.

4. Name of Employer  *(Full name of organization)*
Wightman Homes, Inc.

5. Telephone  *(Area Code and Number)*
(630) 325-3763

6. Address  *(Number, Street, City or Town, County, State, Zip Code)*
211 WEST CHICAGO AVE. SUITE 215
HINDALE IL 60521
522 Chestnut, Hinsdale, IL 60521, USA

CORRECTION APPROVED BY
REGIONAL OFFICE  *9-8-06*

7. Address Where Alien Will Work (if different from item 6)

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Construction / Builder | Roofer | 40 | 0 | Mon. to Fri. 8:00 a.m. 4:30 p.m. | $ 28.74 per hour | $ 0 per hour |

13. Describe Fully the Job to be Performed  *(Duties)*

Plans, lays out, fabricates, assembles installs and repairs sheet metal, iron, steel, aluminum, cooper and other specified metals and shingles, shakes, tiles, slate on roofs and other high elevation locations. Uses hand and power tools, machines and equipment. Sets up and operates fabricating machines and shapes, trims, files and grinds metal piece. May weld or solder to assemble piece.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in item 13 above.

15. Other Special Requirements
None

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* N/A |
|---|---|---|---|---|
| | | | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A | |
|---|---|---|---|---|

| EXPERI-ENCE | Job Offered Yrs. Mos. 2   0 | Related Occupation Yrs. Mos. 0   0 | Related Occupation *(specify)* None | |
|---|---|---|---|---|

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor
Owner

17. Number of Employees Alien Will Supervise  0

← ENDORSEMENTS  *(Make no entry in section - for government use only)*
Date Forms Received

| | |
|---|---|
| L.O. 2-10-05 | S.O. |
| R.O. | N.O. |
| Code | Occ. Code 47-2131 |
| Title Roofer | |

09-08-06

**EXHIBIT**
**13A**

Replaces MA ... and ... *(Oct. 1979 edition which is obsolete)*

ETA 750 (Oct. 1979)

| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
|---|---|---|---|---|
| | From | To | | N/A |
| | | | | c. City and State |
| | | | N/A | N/A |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS | | *(Complete for Private Household Job ONLY)* | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | ("X" one) |
| ("X" one) | Number of Rooms | Adults | Children | Ages | | |
| ☐ House | | | BOYS | | | ☐ YES  ☐ NO |
| ☐ Apartment | | | GIRLS | | | |

| 21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. *(Specify Sources of Recruitment by Name)* |
|---|
| Internal referral and recruitment. |

| 22. | Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application. |
|---|---|

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| | 02/10/2005 |
| NAME *(Type or Print)* | TITLE |
| Allen Wightman | President |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | |
| NAME OF AGENT *(Type or Print)* | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)* |
| Donald E. Puchalski | Law Offices of Donald L. Puchalski 111 West Washington St. Suite 751 Chicago, IL 60602 |

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT:** READ CAREFULLY BEFORE COMPLETING THIS FORM

*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

PART A. OFFER OF EMPLOYMENT

1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)*
RAMOS  Gustavo

2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)*
287 Renee Terrace
Wheeling, IL  60090

CORRECTION APPROVED BY
REGIONAL OFFICE
USA

The following information is submitted as evidence of an offer of employment.

4. Name of Employer *(Full name of organization)*
Malnati Organization, Inc., d/b/a Lou Malnati's

5. Telephone *(Area Code and Number)*
(847) 562-1814

6. Address *(Number, Street, City or Town, Country, State, Zip Code)*
346 Anthony Trail, Northbrook, IL 60062, USA

7. Address Where Alien Will Work *(if different from item 6)*
There are various locations of the restaurant and the managers are transferred as needed to these locations all of which are in the Chicago area.

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| restaurant | Manager | 40 | 0 | 9 - 5 a.m.<br>5 - 1<br>8 - 4 p.m. | $ per 35K/yr | $ 0 per hour |

13. Describe Fully the Job to be Performed *(Duties)*  4 - 12

Manages, directs and coordinates food service activities. Hire and train staff of Italian Cuisine and pen pizza and specialty dishes, including marinara and marsala sauces from scratch. Hire and train customer service and waitstaff. Estimate and monitor budget, food and labor costs to ensure efficient operation and adherence to budget limitations. Oversee purchase of food and restaurant supplies. Supervises and directs activities of cooks, kitchen, staff, servers & delivery drivers.

CORRECTION APPROVED BY
REGIONAL OFFICE

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in item 13 above.

15. Other Special Requirements
Must speak and understand the Spanish language.

Must speak, read and write the Spanish language.

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study  N/A |

| TRAIN-ING | No. | Yrs. | No. Mos. | Type of Training |
|---|---|---|---|---|
| | 0 | | | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation *(specify)* |
|---|---|---|---|---|
| | Yrs. | Mos. | Number Yrs.  Mos. | Kitchen supervisor/cook |
| | 2 | or | 2 | or front house supervisor |

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor    District Manager

17. Number of Employees Alien Will Supervise    8

ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O. | S.O. |
|---|---|
| R.O. | N.O. |
| Occ. Code | Occ. Code |

052506

EXHIBIT
14A

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED *(Complete)* | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| | | | | c. City and State |
| N/A | | | N/A | |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS** *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | c. Will free board and private room not shared with anyone be provided? | *("X" one)* |
|---|---|---|---|---|---|---|
| *("X" one)* | Number of Rooms | Adults | Children | Ages | | ☐ YES  ☐ NO |
| ☐ House | | | BOYS | | | |
| ☐ Apartment | | | GIRLS | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not.

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| X *Jim D'Angelo* | 3/31/01 |
| NAME *(Type or Print)* | TITLE |
| Jim D'Angelo | District Manager |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | |
| NAME OF AGENT *(Type or Print)* | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)* |

OMB Approval No. 44-R136

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

034355

**IMPORTANT:  READ CAREFULLY BEFORE COMPLETING THIS FORM**
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 USC 1001).*

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien  *(Family name in capital letter, First, Middle, Maiden)*
ANDRZEJEWSKI, Pawel

2. Present Address of Alien  *(Number, Street, City and Town, State ZIP Code or Province, Country)*
~~3396 N. Milwaukee Av.~~ 912 W. Devon  600268
~~Chicago, IL  60641~~ Park Ridge, IL  CORRECTION APPROVED BY REGIONAL OFFICE [initials] 8/15/05

3. Type of Visa  *(If in U.S.)*
B

The following information is submitted as evidence of an offer of employment.

4. Name of Employer  *(Full name of organization)*
Polexport, Inc.
36-4093331

5. Telephone  *(Area Code and Number)*
(773) 725-7635

6. Address  *(Number, Street, City or Town, County, State, Zip Code)*
3396 N. Milwaukee Avenue
Chicago, IL  60641

CORRECTION APPROVED BY REGIONAL OFFICE [initials] 8/15/05

7. Address Where Alien Will Work  *(if different from item 6)*
SAME

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Communications (phones/pagers and beepers) | Technician | 40 | 0 | 10:00 a.m. 6:00 p.m. Mon to Fri | $ 38,200 per year | $ 0 per hour |

13. Describe Fully the Job to be Performed  *(Duties)*
Manages, maintains, inspects and repairs various electronic equipment in telecommunications industry.  Tests various telecommunication systems for quality and troubleshooter. Examines, sets up and programs various telecommunication systems and its component parts. Responsible for customer satisfaction and quality control.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

CORRECTION APPROVED BY REGIONAL OFFICE [initials] 8/15/05

| TRAIN-ING | No. Mos. 0 | Type of Training N/A |
|---|---|---|

| EXPERI-ENCE | Job Offered Yrs. Mos. 2 0 | Number 2 Mos. 0 | Related Occupation | Related Occupation *(specify)* Cellular Phone Programmer |

15. Other Special Requirements
Must speak, read and write the Polish language

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

[vertical text] ALIEN LABOR CERTIFICATION FIELD OPERATIONS 2001 APR 19 AM 10:34

17. Number of Employees Alien Will Supervise 0

ENDORSEMENTS  *(Make no entry in section - for government use only)*

Date Forms Received
S.O.  4-19-01    4-19-01
N.O.

0425-06

**EXHIBIT**
15A

Occ. Code
003.161.014
ELECTRONICS TECHNICIAN

ETA 750 (Oct. 1979)

| ITEMS ONLY IF JOB IS TEMPORARY | | 19. IF JOB IS UNIONIZED *(Complete)* | |
|---|---|---|---|
| ~~pen-~~ be ~~By Aliens~~ ~~er Job Offer~~ | b. Exact Dates You Expect To Employ Alien | a. Number of Local | b. Name of Local |
| | From | | |
| N/A | | N/A | c. City and State |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS | *(Complete for Private Household Job ONLY)* | | | | |
|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? *("X" one)* |
| *("X" one)* | Number of Rooms | Adults | Children | Ages | |
| ☐ House | | BOYS | | | ☐ YES ☐ NO |
| ☐ Apartment | | GIRLS | | | N/A |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

   (1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

   (2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| X *Irene Adamczuk* | 3/1/01 |

| NAME *(Type or Print)* | TITLE |
|---|---|
| Irene Adamczuk | President |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

CORRECTION APPROVED BY REGIONAL OFFICE

SIGNATURE OF EMPLOYER

| NAME OF AGENT *(Type or Print)* | ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)* |
|---|---|
| Donald E. Puchalski Sklodowski, Puchalski & Reimer | 111 W. Washington Street, Suite 1000 Chicago, IL 60602-2705 |



U.S. Department of Homeland Security
P.O. 82521
Lincoln, NE  68501-2521

U.S. Citizenship
and Immigration
Services

March 28, 2008

Refer to File Number:
N/A

DONALD E PUCHALSKI
LAW OFFICES OF DONALD E PUCHALSKI
111 WEST WASHINGTON ST SUITE 751
CHICAGO IL  60602

Dear Applicant:

Your petition/application, supporting documents, and _1_ check(s)/money order(s) in the amount of $_475.00_ are returned.  20 CFR 656.30(b)(1) provides for a 180-day validity period for approved labor certifications. Petitioning employers have 180 calendar days after the date of the approval of the labor certification application by DOL within which to file the labor certification in support of a Form I-140 petition with USCIS.  Your I-140 petition was received after the 180- day validity period expired.

Additional questions may be answered by contacting your local U.S. Citizenship and Immigration Services (CIS) office. Information and filing instructions are available from the National Customer Service Center (NCSC) at 1-800-375-5283 (Toll Free) or on the USCIS Internet Website at www.uscis.gov.

Sincerely,

F. Gerard Heinauer

F. Gerard Heinauer
Director

NSC/ces

EXHIBIT

ISB

Nebraska Service Center

www.uscis.gov

56