UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DURABLE MANUFACTURING COMPANY, ET AL., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF LABOR, ) EMPLOYMENT AND TRAINING ) ADMINISTRATION, and UNITED STATES ) DEPARTMENT OF HOMELAND SECURITY, ) BUREAU OF CITIZENSHIP AND ) IMMIGRATION SERVICES, ) ) Defendants. ) | No. 08 C 2782 Judge St. Eve |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The federal defendants, by and through their attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, move for a seven-day extension of time until August 20, 2008, within which to file its brief in support of their motion for summary as part of the cross motions for summary judgment that are scheduled to be filed in this case. The undersigned Assistant United States Attorney just returned from vacation and the extension is needed for the defendant agencies to review and provide input into the brief so that the defendants can provide an

approved and informed response to plaintiffs' arguments.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Craig A. Oswald
           CRAIG A. OSWALD
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-9080