IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DURABLE MANUFACTURING COMPANY, ET AL., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 2782 |
| v. | ) ) | Judge St. Eve |
| UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, August 18, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge St. Eve in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **DEFENDANT'S MOTION FOR EXTENSION OF TIME**, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Craig A. Oswald
  CRAIG A. OSWALD
  Assistant United States Attorney
  219 S. Dearborn Street
  Chicago, Illinois 60604
  (312) 886-9080