**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Durable Manufacturing Company, et al.

                          Plaintiff,

v.

United States Department of Labor Employment and Training Administration, et al.

                          Defendant.

Case No.: 1:08−cv−02782

Honorable Amy J. St. Eve

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion for extension of time [25] is granted. Defendant's response/cross−motion to be filed by 8/20/08. Plaintiff's reply/response to be filed by 9/3/08. Status hearing set for 10/14/08 is stricken and reset to 10/21/08 at 8:30 a.m. No appearance is required on the 8/18/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.