UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DURABLE MANUFACTURING COMPANY, ET AL., ) ) ) Plaintiffs, ) ) v. ) ) ) UNITED STATES DEPARTMENT OF LABOR, ) EMPLOYMENT AND TRAINING ) ADMINISTRATION, and UNITED STATES ) DEPARTMENT OF HOMELAND SECURITY, ) BUREAU OF CITIZENSHIP AND ) IMMIGRATION SERVICES, ) ) Defendants. ) | No. 08 C 2782 Judge St. Eve |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The federal defendants, by and through their attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully request a four-week extension of time until September 17, 2008, within which to file its brief in support of their motion for summary as part of the cross motions for summary judgment that are scheduled to be filed in this case. In support of its motion, the federal defendants state:

1.　　This case an action brought by approximately 15 employers and their employees alleging that the federal defendants improperly invalidated labor certifications filed by the employers based on a regulatory change implemented by the Department of Labor in 2007. This regulatory change imposed a time limit on the validity of labor certifications which previously were valid for an indefinite period of time.

2.     This case is currently being briefed by the parties on cross motions for summary judgment. Based upon one previous extension, the brief of the federal defendants is currently due on August 20, 2008.

3.     Because this case involves a challenge to a federal regulation that involves two separate federal agencies, the government's response has to be reviewed with agency counsel from both the Department of Labor and the Department of Homeland Security. Because of the large number of files involved in this case, responding to the plaintiffs' motion has been more time intensive that first anticipated by the undersigned Assistant United States Attorney. In the course of preparing the government's response and motion, it also has become apparent that the federal defendants will be seeking to file an amended answer to correct the factual discrepancies that have been discovered. While these discrepancies do not impact on the fundamental issue in this case which is whether the Department of Labor had the regulatory authority to implement the change in regulation and the appropriateness of summary judgment as a means of resolving this case, the discrepancies need to be addressed in order to file an accurate response.

4.     In addition, the undersigned Assistant United States Attorney is attempting to reach agreement with plaintiffs' counsel on a stipulation involving the essential underlying facts for the cross motions on summary judgment. This stipulation should simplify this motion and eliminate any factual issues which might complicate an adjudication of the motion.

5.     Based upon the amount of time needed to retrieve the files involved, and the schedules of both the undersigned Assistant United States Attorney and agency counsel, the federal defendants respectfully request four additional weeks within which to prepare its response. Counsel for the plaintiffs is not opposed to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:
   CRAIG A. OSWALD
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 886-9080
   craig.oswald@usdoj.gov