UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DURABLE MANUFACTURING COMPANY, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 2782 |
| UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) ) ) ) ) | Judge St. Eve |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **August 26, 2008 at 8:30 a.m.** at the opening of Court or as soon thereafter as counsel may be heard, the undersigned will appear before Judge St. Eve in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9080
    craig.oswald@usdoj.gov