## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Durable Manufacturing Company, et al.

                          Plaintiff,

v.                           Case No.: 1:08−cv−02782

                          Honorable Amy J. St. Eve

United States Department of Labor Employment and Training Administration, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion for extension of time [28] is granted. Defendant's response/cross−motion to be filed by 9/17/08. Plaintiff's reply/response to be filed by 10/1/08. Status hearing set for 10/21/08 is stricken and reset to 11/12/08 at 8:30 a.m. No appearance is required on the 8/26/08 notice date.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.